DAVID A. KASEN, ESQUIRE
KASEN & KASEN, P.C.
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
Cherry Hill, NJ  08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
Attorneys for Debtors
ID# DK1778

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 12 |
| ANTHONY M. MORTELLITE, JR. and COLLEEN MORTELLITE, | : | Case No.: 17-21818/ABA |
| Debtors. | : | Hearing Date: 10/5/17 at 10:00 a.m. |
| In the Matter of: | : | |
| BLUES BROTHERS, LLC, | : | Chapter 12 |
| Debtor. | : | Case No.: 17-21820/ABA |
| | : | (Jointly Administered) |

## DEBTORS' CHAPTER 12 PLAN OF REORGANIZATION

Anthony M. Mortellite, Jr. and Colleen Mortellite, and Blues Brothers, LLC (the

"**Debtors**"), are the debtors in cases jointly administered by Order of the Court dated June

22, 2017, and they respectfully submit the following Plan of Reorganization (the "**Plan**")

pursuant to 11 U.S.C. §§ 1221 and 1222:

## I.    INTRODUCTION

### A.    The Debtor's Operations

The debtor, Blues Brothers, LLC, is a two member limited liability company registered in the State of New Jersey, and it operates the farm owned by Anthony M. Mortellite, Jr. located in Winslow Township, New Jersey.  The members are Anthony M. Mortellite, Jr. and Colleen Mortellite.   The Mortellites own a home at 564 11th St., Hammonton, New Jersey 08037, where they reside with their 11 year old twin sons. Colleen Mortellite is a homemaker and does not have any outside independent source of income. Anthony M. Mortellite, Jr. owns a 109 acre blueberry and blackberry farm located in Winslow Township, New Jersey, wherein this year, 2017, he planted 80 acres of blueberries and 4 acres of blackberries.  The farming operation produces the sole source of income for the Mortellite family.

In 2017, the farm has produced between the date of the filing of the petition and September 6, 2017 gross income of $258,475.27.  By September 8 2017, the debtor expects its final payment from IFC (International Fruit Company) of $30,964.78.   By the end of September, the debtor is expecting its final payment from Donio in the approximate amount of $40,000.00.  Thus, the total receipts for 2017 will be $289,440.05 plus the payment from Donio.  Blues Brothers, LLC has incurred the following expenses that it has paid since the date of filing, June 8, 2017:

| | |
|---|---|
| Labor | $130,987.81 |
| Farm supplies | $  1,925.56 |
| Repairs | $  5,134.29 |
| Fuel | $  2,905.00 |

2

| Maintenance | $  2,340.00 |
| Truck and yard | $       43.55 |
| Misc. | $     239.00 |
| Real estate taxes | $    1,551.54 |

| Total expenses paid between 6/8/17, the date of filing, and 9/6/17 | $145,126.75 |

In addition thereto, cash collateral orders have allowed the payment to the Mortellites individually of $17,750.00. Additionally, $115,000.00 has been paid to Farm Credit East on account of adequate protection payments, and an additional $15,000.00 is due September 15, 2017.

**B.      The Real Property**

As stated above, Anthony M. Mortellite, Jr. and Collen Mortellite own a single family residence located at 564 11th St., Hammonton, New Jersey 08037, as tenancy by the entirety, and that property has an approximate value of $225,000.00. There is a mortgage on that property held by Arvest Central Mortgage Co., which filed a secured Proof of Claim in the amount of $188,197.60. With respect to the farm property, the farm property is owned solely by Anthony M. Mortellite, Jr. The farm property in Winslow Township, New Jersey on Shady Lane, Block 5602, Lot 10 and Block 5602, Lot 10.01, and Block 5715, Lot 3, Waterford Rd., Block 5715, Lot 3.01, Waterford Rd., and Block 5715, Lot 2, Waterford Rd., all in Winslow Township, New Jersey, and consisting of approximately 109 acres, of which in 2017, 80 acres were planted with blueberries and 4 acres were planted with blackberries. The remainder of the land was not planted. Farm Credit East holds a first mortgage on the debtor's farm and filed a secured Proof of Claim in the amount

3

of $1,663,352.46.  There is a second mortgage on the debtor's farm held by the United

States of America acting through USDA-Farm Service Agency, which filed a secured Proof

of Claim in the amount of $32,943.60.  The debtor's farm was valued by Edwin F. Kay, a

licensed and certified real estate appraisal specializing in farm properties, who valued the

farm as of May 21, 2017 as having a current market value of $600,000.00.  Farm Credit

East had representatives inspect the farm, but they have not produced for the debtor their

appraisal of the farm property, even though it has been requested by debtor's counsel.

### C.   Farm Credit East, ACA

Farm Credit East, ACA has filed a Proof of Claim as a secured Proof of Claim in

the Anthony M. Mortellite, Jr. and Colleen Mortellite bankruptcy case (claim number 7) in

the amount of $1,663,352.46, claiming a security interest by virtue of a mortgage on the

farm, lien on crops, a lien on accounts receivable, and a second lien on machinery and

equipment.  Farm Credit East, ACA has filed a secured claim in the Blues Brothers, LLC

bankruptcy (claim number 3) in the amount of $1,663,352.46, claiming a lien on crops,

accounts receivable and inventory.  Farm Credit East, ACA has recognized that United

States of America acting through USDA-Farm Service Agency has a first security interest

on machinery and equipment, with the Farm Credit East, ACA lien on machinery and

equipment in second position.  The Chapter 12 Plan requires the fixing of the allowed

secured claim of Farm Credit East, ACA against the debtors, Anthony M. Mortellite, Jr.

and Colleen Mortellite and against the debtor, Blues Brothers, LLC.   Anthony M.

Mortellite, Jr. and Colleen Mortellite and Blues Brothers, LLC are jointly and severally

responsible for the debt owed to Farm Credit East, which they have claimed in the amount

of $1,663,352.46 in each of the cases.  The debtors are asserting that the allowed secured

claim will be substantially lower in amount than $1,663,352.46, and will ask the Court to

fix the allowed amount of the claim. The debtors have a real estate appraisal for the farm

property valuing the farm property at $600,000.00. The Court will be asked to fix the value

of the machinery and equipment after taking into account the value of machinery and

equipment being turned over to the USDA, which has the first lien on said machinery and

equipment. The debtors will have paid adequate protection payments to Farm Credit East

of $130,000.00 by the time that the confirmation hearing is scheduled on October 5, 2017.

### D.        Events Leading to Bankruptcy

The event leading to filing of the Chapter 12 petitions was the Sheriff's sale

scheduled by Farm Credit East, ACA to sell at foreclosure sale the farm property.

## II.        GENERAL PLAN PROVISIONS

### A.        Plan of Reorganization

This Plan is a plan of reorganization. In other words, the Debtors seek to retain all

of their assets and to continue operations by restructuring their debt under the Plan.

### B.        Effective Date of Plan

The effective date (the "**Effective Date**") of the proposed Plan is thirty days after

the date on which the confirmation Order is entered.

### C.        Debtor as Disbursing Agent

Under this Plan, the Debtor, Anthony M. Mortellite, Jr., and not the Chapter 12

Trustee, shall act as the disbursing agent for the Plan. This is permitted under 11 U.S.C. §

1226, which provides in relevant part, "[e]xcept as otherwise provided in the plan or in the

order confirming the plan, the trustee shall make payments to creditors under the plan." 11

U.S.C. § 1226(c). Additional support for the proposition that a chapter 12 debtor may act

5

as disbursing agent can be found in 11 U.S.C. § 1226, which provides in relevant part,

"[e]xcept as otherwise provided in the plan or in the order confirming the plan, the trustee

shall make payments to creditors under the plan." 11 U.S.C. § 1226(c).

### D.     Claims Against the Debtor

Fed. R. Bankr. P. 3002 provides in relevant part as follows:

> (a) Necessity for filing. An unsecured creditor or an equity
> security holder must file a proof of claim or interest for the
> claim or interest to be allowed, except as provided in Rules
> 1019(3), 3003, 3004, and 3005.
> …
> (c) Time for filing. In a chapter 7 liquidation, chapter 12
> family farmer's debt adjustment, or chapter 13 individual's
> debt adjustment case, a proof of claim is timely filed if it is
> filed not later than 90 days after the first date set for the
> meeting of creditors called under § 341(a) of the Code [11
> USCS § 341(a)] …

Fed. R. Bankr. P. 3002.

Here, the first date set for the meeting of creditors was July 17, 2017. As such, the

deadline to file non-governmental proofs of claim is October 16, 2017. Those creditors

that fail to file proofs of claim by the deadlines provided for in Fed. R. Bankr. P. 3002 shall

not be entitled to any distribution under the Plan, and upon the Debtor's discharge, said

claims shall be deemed legally void.

The following Proofs of Claim were filed in the Anthony M. Mortellite, Jr. and

Colleen Mortellite bankruptcy:

| Proof of Claim # | Creditor | Claim Information | Amount of Claim |
|---|---|---|---|
| 1 | Americredit Financial Services, Inc., d/b/a GM | Secured claim – 2015 Chevrolet Silverado | $36,448.02 |
| 2 | Winslow Township Tax Collector | Secured claim - Property taxes on Block 5602, Lot 10 Q Farm | $160.29 |

| 3 | Winslow Township Tax Collector | Secured claim – Property taxes on Block 5706, Lot 6 | $1,001.71 |
| 4 | Winslow Township Tax Collector | Secured claim – Property taxes on Block 5706, Lot 6 Q Farm | $276.68 |
| 5 | Winslow Township Tax Collector | Secured claim – Property taxes on Block 5715, Lot 3 Q Farm | $633.88 |
| 6 | Internal Revenue Service | Priority claim | $1,663.21 |
| 7 | Farm Credit East | Secured claim – Mortgage on farm, lien on crops, accounts receivable and machinery | $1,663,352.46 |
| 8 | Capital One Bank, USA | Unsecured claim | $8,909.13 |
| 9 | Wells Fargo Bank, N.A. | Secured claim – lien on 2015 Chevrolet Tahoe truck Unsecured claim | $49,400.00  $19,009.59 |
| 10 | Capital One Bank, USA | Unsecured | $1,716.74 |
| 11 | Arvest Central Mortgage Co. | Secured claim – mortgage on 564 11th St., Hammonton, NJ 08037 | $188,197.60 |
| 12 | Kubota Credit Corp. | Unsecured claim | $28,910.05 |
| 13 | United States of America acting through USDA-Farm Service Agency | Secured claim – first lien on machinery and equipment, second lien on debtor's farm real estate | $32,943.60 |
| 14 | CNH Industrial Capital America, LLC | Secured claim – lien on 95N Case IH 11 Farmall tractor | $7,701.66 |
| 15 | Kubota Credit Corp. | Secured claim – lien on Kubota M8540 | $13,879.23 |
| 16 | State of New Jersey, Division of Taxation | Priority tax claim for failing to file 2015 and 2016 income tax | $10,418.16 |

The following Proofs of Claim were filed in the Blues Brothers, LLC bankruptcy:

| Proof of Claim # | Creditor | Claim Information | Amount of Claim |
|---|---|---|---|
| 1 | Internal Revenue Service | Priority General Unsecured | $11,251.09 $138,567.34 |
| 2 | Kubota Credit Corp. | Unsecured claim | $28,910.05 |
| 3 | Farm Credit East | Secured claim – lien on crops, accounts receivable and inventory | $1,663,352.46 |

7

| 4 | Lee Rain, Inc. | Unsecured claim | $2,385.57 |
| 5 | CNH Industrial Capital America, LLC | | $0 |
| 6 | State of New Jersey, Division of Taxation | Priority claim for gross income tax | $36,000.00 |
| | | Priority claim for Corporation Business Tax | $4,000.00 |
| | | General Unsecured | $2,000.00 |
| 7 | Kubota Credit Corp. | Secured claim – lien on Kubota M8540HD | $13,879.23 |

### E.      Definitions

All terms not otherwise defined herein, shall have the definitions used in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of New Jersey.

### F.      Retention of Jurisdiction

Under this Plan, the United States Bankruptcy Court for the District of New Jersey shall retain jurisdiction of the above-captioned chapter 12 bankruptcy case until the Debtor completes all of its Plan payments provided for herein and receives a discharge under 11 U.S.C. § 1228.

### G.      Means of Effectuating the Plan

The farm is owned by the debtor, Anthony M. Mortellite, Jr., and his company, Blues Brothers, LLC, operates the farm by farming the land, harvesting the fruit grown on the land, paying the expenses to operate the farm, and paying a reasonable sum to the Mortellite family for operating the LLC.  The fruit is grown on farm property owned by the individual debtor.  Thus, it is the position of the joint debtors that the proceeds of sale of fruit belong to both debtors.  It is from the proceeds of the sale of fruit that the debtor will be paying the payments necessary to effectuate the Plan.

8

### III.    PAYMENTS TO BE MADE UNDER THE PLAN

In accordance with 11 U.S.C. § 1222(a)(1), the Debtors shall pay such portion of their future income from on-going operation of the farm as is necessary for the execution of this Plan.  Payments to be made under the Plan consist of the following:

### A.    Secured Claims Against Anthony M. Mortellite, Jr. and Colleen Mortellite

### i.    Winslow Township Tax Collector

The Winslow Township Tax Collector filed secured claims 2, 3, 4 and 5 in the Anthony M. Mortellite, Jr. and Colleen Mortellite bankruptcy.  These claims will be paid in full on the effective date of the Plan after the confirmation order is entered.

### ii.    Americredit Financial Services, Inc., d/b/a GM

Americredit Financial Services, Inc., d/b/a GM filed secured claim number 1 in the Anthony M. Mortellite, Jr. and Colleen Mortellite bankruptcy on account of a lien on a 2015 Chevrolet Silverado.  That vehicle has been repossessed pursuant to an Order Granting Motion for Relief from Stay entered by the Court on July 25, 2017.  This creditor no longer has a valid secured claim, and thus, will receive no payment as a secured creditor.

### iii.    Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A. filed secured claim number 9 in the Anthony M. Mortellite, Jr. and Colleen Mortellite bankruptcy pursuant to a lien on a 2015 Chevrolet Tahoe truck. That vehicle was returned by the debtor, Anthony M. Mortellite, Jr., to the creditor, who no longer has a valid secured claim because it has obtained return of its collateral.  A Consent Order was entered on August 15, 2017 granting Application Vacating Automatic Stay.  This creditor will receive no payment as a secured creditor.

### iv.   Arvest Central Mortgage Corp.

Arvest Central Mortgage Corp. filed secured claim number 11 in the Anthony M.

Mortellite, Jr. and Colleen Mortellite bankruptcy pursuant to a mortgage on 564 11th St.,

Hammonton, New Jersey 08037.   The debtors will continue to make regular monthly

payments on account of the mortgage on 564 11th St., Hammonton, New Jersey 08037 in

accordance with their contractual agreement.   The creditor will retain its mortgage lien.

### v.   United States of America acting through USDA-Farm Service Agency

The United States of America acting through USDA-Farm Service Agency filed

secured claim number 13 in the Anthony M. Mortellite, Jr. and Colleen Mortellite

bankruptcy, claiming a first lien on machinery and equipment and a second lien on the

debtor's farm real estate.   The claim was filed in the amount of $32,943.60.   This creditor

is totally under-secured with regard to its mortgage lien on the debtor's farm real estate,

and therefore, unsecured pursuant to § 506 of the Bankruptcy Code.   With respect to its

first lien on machinery and equipment, it is recognized as first by Farm Credit East.   The

debtor will surrender personal property securing the claim to the claimant having a value

equal to or greater than the allowed amount of the secured claim. The equipment to be

surrendered is as follows: 35D John Deere Excavator (believed to be worth at least

$29,000.00); Lee Rain Sprayer (believed to be worth at least $4,500.00); and Perfecta

Harrow (believed to be worth at least $1,200.00). To the extent that the property

surrendered exceeds the allowed amount of the secured claim, the USDA shall liquidate

such property, pay off its claim and pay over immediately left over proceeds to Farm Credit

East, which has a second lien on machinery and equipment owned by the debtor, Anthony

10

M. Mortellite, Jr.

### vi.    CNH Industrial Capital America, LLC

CNH Industrial Capital America, LLC filed secured claim number 14 in the
Anthony M. Mortellite, Jr. and Colleen Mortellite bankruptcy.  The debtor transferred this
creditor's collateral, a 95N Case IH 11 Farmall tractor, to Kubota Credit Corp. pre-petition.
The debtor no longer has the collateral, and therefore, the creditor is unsecured and will be
treated as an unsecured creditor.  This creditor will not be paid as a secured creditor.

### vii.    Kubota Credit Corp.

Kubota Credit Corp. filed secured claim number 15 in the Anthony M. Mortellite,
Jr. and Colleen Mortellite bankruptcy pursuant to a lien on a Kubota M8540.  The debtor
will surrender the equipment, and this will satisfy the secured claim.  If there is any
deficiency, the balance due will be treated as an unsecured debt.  This creditor will not be
paid as a secured creditor.

### viii.    Farm Credit East, ACA

Farm Credit East, ACA has filed a Proof of Claim as a secured Proof of Claim in
the Anthony M. Mortellite, Jr. and Colleen Mortellite bankruptcy case (claim number 7) in
the amount of $1,663,352.46, claiming a security interest by virtue of a mortgage on the
farm, lien on crops, a lien on accounts receivable, and a second lien on machinery and
equipment.  Farm Credit East, ACA has filed a secured claim in the Blues Brothers, LLC
bankruptcy (claim number 3) in the amount of $1,663,352.46, claiming a lien on crops,
accounts receivable and inventory.  Farm Credit East, ACA has recognized that United
States of America acting through USDA-Farm Service Agency has a first security interest
on machinery and equipment, with the Farm Credit East, ACA lien on machinery and

11

equipment in second position.  The Chapter 12 Plan requires the fixing of the allowed

secured claim of Farm Credit East, ACA against the debtors, Anthony M. Mortellite, Jr.

and Colleen Mortellite and against the debtor, Blues Brothers, LLC.  Anthony M.

Mortellite, Jr. and Colleen Mortellite and Blues Brothers, LLC are jointly and severally

responsible for the debt owed to Farm Credit East, which they have claimed in the amount

of $1,663,352.46 in each of the cases.  The debtors are asserting that the allowed secured

claim will be substantially lower in amount than $1,663,352.46, and will ask the Court to

fix the allowed amount of the claim.  The debtors have a real estate appraisal for the farm

property valuing the farm property at $600,000.00.  The Court will be asked to fix the value

of the machinery and equipment after taking into account the value of machinery and

equipment being turned over to the USDA, which has the first lien on said machinery and

equipment.  The debtors will have paid adequate protection payments to Farm Credit East

of $130,000.00 by the time that the confirmation hearing is scheduled on October 5, 2017.

Farm Credit East will retain its liens on the debtors' real estate, equipment not turned over

to USDA, accounts receivable and crops.  The Court will fix the allowed amount of the

secured claim of Farm Credit East, and that allowed amount of secured claim will be paid,

plus accruing interest at 5% per annum, or such amount as is the contract rate of interest

on the loans to the debtors, in the amount of $100,000.00 per year, with the first payment

of $100,000.00 to be paid on the anniversary date of the Order Confirming Plan and each

anniversary date thereafter, until the entire amount of the allowed secured claim plus

accruing interest is paid in full.  Each $100,000.00 payment will be applied first toward

accrued interest, and then to reduce the principal.  After the entire amount of the secured

claim is paid in full, Farm Credit East shall satisfy its liens on all of the debtors' collateral.

12

**B.    Secured Claims Against Blues Brothers, LLC**

**i.    Kubota Credit Corp.**

Kubota Credit Corp. filed secured claim number 7 in the Blues Brothers, LLC

bankruptcy pursuant to a lien on a Kubota M8540.   The debtor will surrender the

equipment, and this will satisfy the secured claim.   If there is any deficiency, the balance

due will be treated as an unsecured debt.   This creditor will not be paid as a secured creditor.

**ii.    Farm Credit East, ACA**

Farm Credit East, ACA has filed claim number 3 as a secured claim, claiming a

lien on crops, accounts receivable and inventory in the same amount as the claim of Farm

Credit East, ACA filed against Anthony M. Mortellite, Jr. and Colleen Mortellite.   The

debtors, Blues Brothers, LLC and Anthony M. Mortellite, Jr. and Colleen Mortellite, are

co-obligors on the same debt due to Farm Credit East, ACA.   Farm Credit East, ACA will

receive the same treatment as set forth for Farm Credit East, ACA with respect to its claim

against Anthony M. Mortellite, Jr. and Colleen Mortellite.

**C.    Priority Unsecured Claims as Defined in 11 U.S.C. § 507**

**i.    The Chapter 12 Trustee's Fees and Expenses**

The Chapter 12 Trustee in this case is a private case-by-case trustee that was

appointed pursuant to 11 U.S.C. § 1202(a), and *not* a standing chapter 12 trustee appointed

by the United States Trustee pursuant to 28 U.S.C. § 586(b).   As such, the Chapter 12

Trustee's compensation is governed by 11 U.S.C. § 326(b) which provides in relevant part:

> In a case under chapter 12… of this title, the court… may
> allow reasonable compensation under section 330 of this title
> of a trustee appointed under section 1202(a)… for the
> trustee's services, payable after the trustee renders such
> services, not to exceed five percent upon all payments under

13

the plan.

11 U.S.C. § 326(b).  Once the Court has made an award of compensation to the Chapter 12

Trustee pursuant to 11 U.S.C. § 330, said award will be an administrative priority claim

against the Debtor pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

Under this Plan, the Chapter 12 Trustee must file an application for allowance of

final compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330 not later

than ninety (90) days after the confirmation Order is entered.  The Chapter 12 Trustee has

estimated that her fees and expenses are approximately $15,000.00.  Once the Court has

made an award of compensation to the Chapter 12 Trustee pursuant to 11 U.S.C. § 330, the

Debtor shall pay the Chapter 12 Trustee the full amount of its Section 507(a)(2) priority

claim from its future income from on-going operations, and in in accordance with the

following payment schedule: in full within thirty days of the Court allowing the claim of

the Chapter 12 Trustee.

### ii.    Kasen & Kasen's Fees and Expenses

Kasen & Kasen shall file an interim fee application prior to the date of the hearing

on confirmation, which is presently scheduled for October 5, 2017 at 10:00 a.m.  If there

are funds available upon confirmation of the case to pay Kasen & Kasen in full the allowed

amount of fees and expenses, then such sums shall be paid by the debtors.  If there are no

funds available at the time of confirmation to pay the fees and expenses allowed, then

Kasen & Kasen will agree to a different treatment of its allowed administrative priority

claim with the debtors.  Kasen & Kasen reserves the right to make post-confirmation

applications for services rendered after the date of the filing of its initial interim fee

application.

14

### iii.    Priority Tax Claims

The priority tax claims filed in the Anthony M. Mortellite, Jr. and Colleen

Mortellite case are claim number 6 filed by the Internal Revenue Service in the amount of

$1,663.21, allegedly for 2016 personal income tax not being filed.  That return was filed

and showed zero tax liability.  The claim was objected to, and the Internal Revenue Service

is checking to make sure that the tax return is processed.  Therefore, claim number 6 should

be expunged.  The second priority claim filed in the Anthony M. Mortellite, Jr. and Colleen

Mortellite case is claim number 16 filed by the State of New Jersey, Division of Taxation

in the amount of $10,418.16.  That Proof of Claim indicates that State Income Tax for 2015

and 2016 was not filed.  This claim will be objected to because those tax returns were filed

and show zero liability.  Therefore, it is believed that there are no valid priority tax claims

in the Anthony M. Mortellite, Jr. and Colleen Mortellite case.

In the Blues Brothers, LLC case, the Internal Revenue Service filed a priority tax

claim in the amount of $11,251.09, indicating that tax returns were not filed for corporate

income tax for 2015; that 941 taxes were not filed for the first quarter of 2016; that FUTA

taxes were not filed for 2016; and that 941 taxes were not filed for the first quarter of 2017.

During the first quarter of 2017, Blues Brothers, LLC had no employees.  Blues Brothers,

LLC filed its corporate income tax return for 2015.  Blues Brothers, LLC had no employees

for the first quarter of 2016.  Blues Brothers, LLC is believed to have filed its FUTA tax

for 2016.  It is therefore believed that this claim will be expunged.  With regard to the State

of New Jersey, Division of Taxation, the State of New Jersey, Division of Taxation filed

claim number 6 as a priority tax claim in the amount of $40,000.00, which represents

$36,000.00 for Gross Income Tax and $4,000.00 for Corporate Business Tax for 2015 and

15

2016.  The Proof of Claim indicates that the debtor did not file its Corporate Business Tax

for 2015 and 2016, but that is not the case.  The debtor did file those returns, and it has

zero liability.  For Gross Income Tax, the debtor is checking its records, but does not

believe that there is $36,000.00 due for Gross Income Tax and will be filing a Motion to

expunge the priority Proof of Claim.

To the extent that there is an allowed priority tax claim, the debtor will pay that

priority tax claim in three equal installments on the first, second and third anniversaries of

the Order of Confirmation to pay the allowed priority ax claims in full.

**D.    General Unsecured Claims**

To date, the following creditors are deemed to hold valid unsecured claims against

the Debtors in the Anthony M. Mortellite, Jr. and Colleen Mortellite case:

| Claim 8 | Capital One | $ 8,909.13 |
| Claim 10 | Capital One | $ 1,716.74 |
| Claim 12 | Kubota Credit Corp. | $28,910.05 |
| Total | | $39,535.92 |

To the extent that the following creditors are allowed unsecured claims for

deficiencies or are undersecured, they may add to the list of allowed unsecured claims

above.  They are claim number 1, Americredit Financial Services, Inc.; claim number 7,

Farm Credit East; claim number 9, Wells Fargo Bank, N.A.; claim number 14, CNH

Industrial Capital; and claim number 15, Kubota Credit Corp.

Under this Plan, the Debtors shall pay to allowed unsecured creditors of Anthony

M. Mortellite, Jr. and Colleen Mortellite, on a pro-rata basis, $3,000.00 per year for three

years, payable on the first, second and third year anniversaries of the Order Confirming

Plan.

As noted above, those creditors that fail to file proofs of claim by the deadlines provided for in Fed. R. Bankr. P. 3002 shall not be entitled to any distribution under the Plan, and upon the Debtors' discharge, said claims shall be deemed legally void.

To date, the following creditors are deemed to hold valid allowed unsecured claims against Blues Brothers, LLC:

| | | |
|---|---|---|
| Claim 2 | Kubota Credit Corp. | $28,910.05 |
| Claim 4 | Lee Rain, Inc. | $ 2,385.57 |
| Claim 1 | Internal Revenue Service | $138,567.34 |
| Total | | $169,862.96 |

To the extent that the following creditors are allowed unsecured claims for deficiencies or are undersecured, they may add to the list of allowed unsecured claims above.  They are claim number 3, Farm Credit East; and claim number 7, Kubota Credit Corp.

### E.    Equity Security Holders and Partners

Anthony M. Mortellite, Jr. and Colleen Mortellite would be considered to be the equity security holders of Blues Brothers, LLC.  They will retain their ownership interest.  They will receive no distribution from Blues Brothers, LLC.  Anthony M. Mortellite, Jr. and Colleen Mortellite, as debtors, are considered to be the equity security holders in their individual Chapter 12 case.  They will retain their assets.  They will receive no distribution pursuant to the Plan.  The individual debtors will take no more than $6,000.00 per month post-confirmation in order to pay their ordinary and necessary living expenses.

17

**IV.    PAYMENTS TO BE MADE OUTSIDE THE PLAN**

The Debtors shall use their future income from on-going operations to meet all of their post-confirmation obligations not otherwise provided for herein.

**V.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

None.

**VI.    EFFECT OF CONFIRMATION OF PLAN**

§ 1227 of the Bankruptcy Code defines the effect of confirmation.

**VII.    PRE-CONFIRMATION MODIFICATION OF PLAN**

Pursuant to § 1223 of the Bankruptcy Code, the debtors may modify the Plan before confirmation.

**VIII.    POST-CONFIRMATION MODIFICATION OF PLAN**

In accordance with 11 U.S.C. § 1229, this Plan may be modified any time after confirmation but before the Debtors complete all of their Plan payments provided for herein.

**IX.    DISCHARGE**

Pursuant to 11 U.S.C. § 1228(a), after the Debtors complete all of their Plan payments provided for herein and provide a certification in support thereof, they shall receive a discharge.  Upon receiving their discharge, unless otherwise provided herein, all pre-petition claims against the Debtors shall be legally void.

*/s/ Anthony M. Mortellite, Jr.*
ANTHONY M. MORTELLITE, JR., Debtor

*/s/ Colleen Mortellite*
COLLEEN MORTELLITE, Debtor

18

BLUES BROTHERS, LLC

By: _/s/ Anthony M. Mortellite, Jr._____
    ANTHONY M. MORTELLITE, JR.,
    Managing Member

Dated:  September 6, 2017

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                        Chapter 12
Colleen T Mortellite
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 3          Date Rcvd: Sep 12, 2017
                             Form ID: pdf902        Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
```
db/jdb     +Anthony M Mortellite, Jr,   Colleen T Mortellite,   564 11th St.,   Hammonton, NJ 08037-8468
aty        +Trenk DiPasquale Della Fera & Sodono, PC,   427 Riverview Plaza,   Trenton, NJ 08611-3420
cr         +Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
            Arlington, TX 76014-4101
none       +Blues Brothers, LLC,   c/o Kasen & Kasen,   1874 E. Marlton Pike,   Suite 3,
            Cherry Hill, NJ 08003-2038
cr         +Deere & Company,   PO Box 6600,   Johnston, IA 50131-6600
cr         +Farm Credit East, ACA,   c/o Stark & Stark, P.C.,   993 Lenox Drive,
            Lawrenceville, NJ 08648-2316
cr         +Lance Henry,   103 Waterford Rd.,   Hammonton, NJ 08037-2330
cr         +Lee Rain, Inc.,   2079 Wheat Road,   Vineland, NJ 08361-2594
cr         +Township of Winslow,   c/o Platt & Riso, P.C.,   40 Berlin Road,   Stratford, NJ 08084-1404
cr         +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   1451 Thomas Langston Rd.,
            Winterville, NC 28590-8872
516896153  ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court:  AmeriCredit Financial Services, Inc.,   GM Financial,
            4000 Embarcadero Dr.,   Arlington, Texas 76014)
516896154  +AmeriCredit Financial Services, Inc.,   dba GM Financial,   Morton & Craig, LLC,
            110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3125
516916579  +AmeriCredit Financial Services, Inc., dba GM Finan,   P O Box 183853,
            Arlington, TX 76096-3853
516892939  +Americredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
            Arlington, TX 76096-3853
516873079  +Arvest Central Mortgage Company,   801 John Barrow Rd., Suite 1,   Little Rock, AR 72205-6511
516873080  +Blues Brothers, LLC,   564 11th St.,   Hammonton, NJ 08037-8468
516873083  +CAS Pack Corporation,   1750 Woodhaven Drive,   Bensalem, PA 19020-7108
517000969  +CNH Industrial Capital America LLC,   PO Box 3600,   Lancaster, PA 17604-3600
516873081  +Capital One Bank,   Bankruptcy Department,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516873082   Capital One Bank USA, NA,   PO Box 71083,   Charlotte, NC 28272-1083
516924105  +Deere & Company,   Joseph A. McCormick, Jr., P.A.,   76 Euclid Ave,
            Haddonfield, NJ 08033-2330
516873085  +DiMeo, Frank,   561 Middle Rd.,   Hammonton, NJ 08037-8991
516873086  +DiMeo, William and Frank,   600 Middle Rd.,   Hammonton, NJ 08037-8912
516873087  +Ernest R. Miles Construction Co.,   P.O. Box 39,   Newfield, NJ 08344-0039
516873088  +Farm Credit East,   29 Landis Ave.,   Bridgeton, NJ 08302-4396
516944595  +Farm Credit East, ACA,   c/o Stark & Stark, P.C.,   PO Box 5315,   Princeton, NJ 08543-5315
516873089  +Farm Credit East, ACA fka First Pioneer,   c/o Hulse & Wynter, LLC,
            1624 Jacksonville Rd., Suite 1,   Burlington, NJ 08016-9784
516873090  +Farm-Rite, Inc.,   P.O. Box 29,   Shiloh, NJ 08353-0029
516873091  +First National Credit Card,   P.O. Box 5097,   Sioux Falls, SD 57117-5097
516873092  +Fruitwood Apiaries, Inc.,   419 Elk Rd.,   Monroeville, NJ 08343-2706
516873094  +GM Financial,   P.O. Box 78143,   Phoenix, AZ 85062-8143
516873093  +Gemmel Todd & Merenich, P.A.,   767 Shore Rd.,   P.O. Box 296,   Linwood, NJ 08221-0296
516873095   Henry, Lance,   103 Waterford Blue Anchor Rd.,   Hammonton, NJ 08037
516873096  +Jay B. Feldman, Esquire,   Hulse & Wynter, LLC,   1624 Jacksonville Rd., Suite 1,
            Burlington, NJ 08016-9784
516974633  +Kubota Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516873099  +Kubota Credit Corporation (DF),   c/o Alternative Collections, LLC,   1140 Wehrle Drive,
            Williamsvlle, NY 14221-7748
516873100  +Kubota Credit Corporation, USA,   Servicing Center,   4400 Amon Carter Blvd., Suite 100,
            Fort Worth, TX 76155-2695
516901566   Lance Henry,   Corbett Law Firm LLC,   303 Walnut Avenue,   Evesham, NJ 08053-7016
516873101  +Lee Rain, Inc.,   2079 E. Wheat Rd.,   Vineland, NJ 08361-2594
516983745   Lee Rain, Inc.,   Gruccio Pepper,   817 Landis Avenue,   PO Box 1501,   Vineland, NJ 08362-1501
516873102  +Lowe's Business Acct/Syncs,   Attn: Bankruptcy Department,   P.O. Box 965060,
            Orlando, FL 32896-5060
516873103  +Luxury Card,   Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
516873104  +Plant Food Co., Inc.,   38 Hightstown-Cranbury Station Rd.,   Cranbury, NJ 08512-5099
517006799  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
            TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,   Division of Taxation,   P.O. Box 245,
            Trenton, NJ 08695-0245)
516873105  +South Jersey Sanitation,   P.O. Box 1224,   Hammonton, NJ 08037-5224
516873106  +Target Card Services,   P.O. Box 660170,   Dallas, TX 75266-0170
516922201  +Township of Winslow,   c/o Platt & Riso, P.C.,   40 Berlin Avenue,
            Stratford, New Jersey 08084-1404
516873108  +U.S. Department of Agriculture,   Farm Service Agency,   1971 Jacksonville-Jobstown Rd.,
            Columbus, NJ 08022-1412
516983749  +United States of America, acting through,   USDA-Farm Service Agency,   US Attorney's Office,
            970 Broad Street, Suite 700,   Newark, NJ 07102-2534
516873109  +Wells Fargo Bank N.A.,   John G. Stumpf, Chairman, Pres. & CEO,   420 Montgomery Street,
            San Francisco, CA 94104-1298
516969080   Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,   PO Box 19657,   Irvine, CA 92623-9657
```

```
District/off: 0312-1          User: admin              Page 2 of 3          Date Rcvd: Sep 12, 2017
                             Form ID: pdf902           Total Noticed: 65
```

```
516960772        +Wells Fargo Bank, N.A.,,   d/b/a/ Wells Fargo Dealer Services,    John R. Morton, Jr., Esquire,
                  110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3124
516960773        +Wells Fargo Bank, N.A.,,   d/b/a/ Wells Fargo Dealer Services,    1451 Thomas Langston Rd.,
                  Winterville, NC 28590-8872
516873110        +Wells Fargo Dealer Services,    P.O. Box 17900,    Denver, CO 80217-0900
516873111        +Wells Fargo Financial National Bank,    P.O. Box 10347,    Des Moines, IA 50306-0347
516873112        +Winfield Solutions, LLC,    c/o Steven J. Daroci, Esquire,    Fox Rothschild,    P.O. Box 5231,
                  Princeton, NJ 08543-5231
516873113        +Winslow Township Tax Collector,    125 S. Route 73,    Braddock, NJ 08037-9423
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 00:34:54    U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 00:34:48    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516921397        +E-mail/Text: cio.bncmail@irs.gov Sep 13 2017 00:34:23    Department of Treasury,
                  Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516873084        +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 00:39:57    Dick's/Synchrony Bank/ROS,
                  Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
516873097        +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 00:39:57    JC Penney/Synchrony Bank,
                  Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
516873098        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 13 2017 00:34:10    Kohl's,    P.O. Box 2983,
                  Milwaukee, WI 53201-2983
516875431        +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 00:40:59    Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516873107        +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2017 00:41:00    TJX/Synchrony Bank,
                  Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                            TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc               C.M.Williams & Associates, LLC,    219 State Street, Elmer
517006552*       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516922651*       +Winslow Township Tax Collector,    125 S. Route 73,    Braddock, NJ 08037-9423
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
          Andrea  Dobin    ecftrusteead@trenklawfirm.com,   NJ55@ecfcbis.com
          Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
          CheryLlynn  Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
          David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
          David A. Kasen    on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com
          David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
          David A. Kasen    on behalf of Unknown Role Type    Blues Brothers, LLC dkasen@kasenlaw.com
          Erin  Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
          Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
           dkasen@kasenlaw.com
          Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
           dkasen@kasenlaw.com
          Jenny R. Kasen    on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com,
           dkasen@kasenlaw.com
          John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3           Date Rcvd: Sep 12, 2017
                             Form ID: pdf902           Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
       Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
      Joseph A McCormick, Jr.    on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com,
       karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
       jlaw.com
      Marshall T. Kizner    on behalf of Creditor    Farm Credit East, ACA mkizner@stark-stark.com
      Ross J. Switkes    on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
      Timothy P. Duggan    on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
      Walter F. Gavigan, Jr.    on behalf of Creditor    Lee Rain, Inc. wgavigan@grucciopepper.com,
       jlynch@grucciopepper.com;r53898@notify.bestcase.com
      William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
       Services mortoncraigecf@gmail.com,  mortoncraigecf@gmail.com

                                                                      TOTAL: 21