UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CORBETT LAW FIRM LLC**
303 Walnut Avenue
Evesham, New Jersey 08053
856-767-0910; fax 908-847-0369
John E. Corbett, Esquire (JC-6036)
Attorney for Lance Henry



**Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

*In Re:*

ANTHONY M. MORTELLITE, JR.
COLLEEN T. MORTELLITE

                     *Debtors*

Chapter 12
Lead Case No: 17-21818 (ABA)
Jointly Administered

Hearing date: September 5, 2017

Hon. Andrew B. Altenburg, Jr., USBJ

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PERMITTING LANCE HENRY TO LITIGATE PRE-PETITION CLAIMS IN STATE COURT AND TO PURSUE COLLECTION OF INSURANCE PROCEEDS IN SATISFACTION THEREOF**

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page        2

Debtors:    Anthony M. Mortellite, Jr.; Colleen T. Mortellite

Case No.    17-21818 (ABA)

Caption:    ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PERMITTING LANCE HENRY TO LITIGATE PRE-PETITION CLAIMS IN STATE COURT AND TO PURSUE COLLECTION OF INSURANCE PROCEEDS IN SATISFACTION THEREOF

_____

THIS MATTER came before the Court on September 15, 2017 upon the motion by Lance Henry through his attorney, the Corbett Law Firm, LLC, John E. Corbett, Esquire appearing, for entry of an order granting relief from the automatic stay in the above-captioned bankruptcy case permitting him to continue prosecution of a certain State Court Action composed of a civil suit and related state administrative proceedings against debtor Anthony M. Mortellite, Jr.  The State Action was initiated by the filing on September 30, 2015 of civil action in the Superior Court of the State of New Jersey captioned as *Lance Henry v. Anthony Mortellite, Jr. et al*, Docket No. CAM-L-3645-15.  The administrative proceeding currently takes the form of a complaint filed pursuant to N.J.S.A. 4:1C-10.1 with the Camden County Agricultural Development Board.  In the State Action, Lance Henry complains of negligence, nuisance, unjust enrichment, and property damage arising from the directed flow of storm water from Mr. Mortellite's land onto Mr. Henry's land and seeks injunctive relief and money damages.  Movant seeks to continue to litigate the State Action and, if successful therein, to pursue satisfaction of any relief obtained through proceeds of an insurance policy or policies assumed to be held by one or both debtors.

Debtors are represented by the law firm of Kasen & Kasen.  David A. Kasen, Esquire filed a timely reply to the moving papers and appeared on behalf of debtors.  No other opposition was received by the Court.

Prior to oral argument on the motion, counsel conferred and agreed to a resolution of their differences which was then proposed on the record for the Court's consideration and approval.  Having considered the arguments made in support of this motion, the

Page        3

Debtors:    Anthony M. Mortellite, Jr.; Colleen T. Mortellite

Case No.    17-21818 (ABA)

Caption:    ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PERMITTING LANCE HENRY TO LITIGATE PRE-PETITION CLAIMS IN STATE COURT AND TO PURSUE COLLECTION OF INSURANCE PROCEEDS IN SATISFACTION THEREOF

---

responses thereto, and the consents of the parties as indicated below, the Court determines that there is sufficient cause to grant the relief set out below.  Accordingly,

**IT IS ON THE DATE SET FORTH ABOVE HEREBY ORDERED:**

1.  The movant, Lance Henry is hereby granted relief from the Automatic Stay (11 U.S.C. §362(a)) for the purpose of continuing litigation in the State Action in order to establish the validity and to fix the amount of his claims against debtors.

2.  In the State Action, movant may collect any award of damages from the proceeds of debtors' liability insurance policies without further order of this court.

3.  Movant's application to seek and enforce injunctive relief in the State Action to abate any continuing nuisance alleged to be caused by debtors is denied without prejudice.

4.  Pursuant to BR 4001(a)(3), this order is stayed until the expiration of ten days from the date hereof.

**The undersigned attorneys for the parties appearing in this matter hereby consent to the form, content and entry of the Order as set forth above.**

| | |
|---|---|
| CORBETT LAW FIRM LLC | KASEN & KASEN |
| Attorney for Movant | Attorney for Debtors |
| | |
| /s/ John E. Corbett | /s/ David A. Kasen |
| By: JOHN E. CORBETT, Esq. (JC-6036) | By: DAVID A. KASEN, Esq. (DK1778) |

United States Bankruptcy Court
District of New Jersey

In re:
Anthony M Mortellite, Jr
Colleen T Mortellite
    Debtors

Case No. 17-21818-ABA
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 15, 2017
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2017.
db/jdb         +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2017 at the address(es) listed below:
        Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
        Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
        CherylLynn   Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
        David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
        David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
        David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
        David A. Kasen    on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
        Erin   Darden    on behalf of Creditor   United States of America erin.darden@usdoj.gov
        Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com, dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com, dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com, dkasen@kasenlaw.com
        John E. Corbett    on behalf of Creditor Lance   Henry jecorbett@corbettlaw.net
        John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
        John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
        Joseph A McCormick, Jr.    on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com
        Marshall T. Kizner    on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
        Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@trenklawfirm.com
        Timothy P. Duggan    on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        Walter F. Gavigan, Jr.    on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com
        William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                                                            TOTAL: 21