The Law Offices of
# Joseph A. McCormick, Jr., P.A.

---

www.mccormicknjlaw.com
Joseph A. McCormick, Jr., (NJ and D.C.)
Paul S. Pflumm (NJ and MA)

76 Euclid Avenue, Suite 103
Haddonfield, New Jersey 08033
Phone   (856) 795-6500
Fax     (856) 795-6578
jmccormick@mccormicknjlaw.com
ppflumm@mccormicknjlaw.com

September 27, 2017
*via cmecf*

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court District of New Jersey
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, NJ  08101

Re:    **Anthony M. Mortellite, Jr. and Colleen Mortellite**
       CASE NO. 17-21818 (ABA)

       **Blues Brothers, LLC**
       CASE NO. 17-21820 (ABA)

       Confirmation Hearing:   October 5, 2017 @ 10:00 a.m.

Dear Judge Altenburg:

Please be advised of my representation of Deere & Company ("Deere") in this matter. Please accept this letter as the limited objection of Deere to the Chapter 12 Plan of the Debtors.

Deere is a secured creditor in these cases having filed Claim #8 in Blues Brothers, LLC on September 25, 2017 and #19 in Mortellite on September 25, 2017.  However, Deere was not scheduled by the Debtors in the Mortellite case. Previously, Deere obtained an Order for Relief from the Automatic Stay on August 22, 2017. Subsequently, the collateral was turned over by the Debtors but, as of yet, it has not been sold. It is anticipated that the sale will result in a deficiency of approximately $24,303 and at such time the Secured Claims of Deere will be amended to General Unsecured Claims in the deficiency amount.

Deere has not been addressed in the Chapter 12 Plan submitted by the Debtors. This is contrary to the treatment given to other secured creditors. Such treatment is contrary to 11 U.S.C.§1225 (a)(5).

Deere respectfully requests that the Plan be modified to provide appropriate treatment to Deere.

Thank you.

Respectfully submitted,

JOSEPH A. MCCORMICK, JR., P.A.
A PROFESSIONAL ASSOCIATION

BY: /S/  *Joseph A. McCormick, Jr.*
        JOSEPH A. MCCORMICK, JR.
        FOR THE FIRM

JAM/kbt
cc:    David Kasen- *via email only*
       Andrea Dobin, Trustee - *via email only*
       Joe Kenyon- *via email only*