|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Heather Lynn Anderson (15962003)<br>Deputy Attorney General<br>Richard J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625 | **Order Filed on October 3, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ANTHONY and COLLEEN MORTELLITE,<br><br>    Debtors. | Case No.: 17-21818 (ABA) |
| In Re:<br><br>BLUES BROTHERS, LLC,<br><br>    Debtor. | Case No.: 17-21820 (ABA)<br><br>Judge: Altenburg, U.S.B.J. |

ORDER FIXING CLAIMS AND AMENDING CHAPTER 12 PLAN

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Blues Brothers
Case No.: 17-21820
Caption of Order: CONSENT ORDER

---

This matter having been presented to the Court by debtors Anthony and Colleen Mortellite and Blues Brothers, LLC ("debtors"), by and through its attorney, David Kasen, Esq., in agreement with the State of New Jersey, Division of Taxation ("N.J. Division"), by and through its attorney, Christopher S. Porrino, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED THAT the N.J. Division's Priority Proof of Claim filed in Case No. 17-21818 against Anthony and Colleen Mortellite, on or about August 15, 2017, in the amount of $10,418.16, and docketed as Claim No. 16-1, which was amended by Claim No. 16-2 on or about September 20, 2017, is hereby reduced to $Zero; and

IT IS FURTHER ORDERED THAT the N.J. Division's Priority Proof of Claim filed in Case No. 17-21820 against Blues Brothers, LLC, on or about August 15, 2017, in the amount of $41,480.00, and docketed as Claim No. 6-1, which was amended by Claim No. 6-2 in the amount of $37,371.75 on or about September 20, 2017, and which was further amended by Claim No. 6-3 in the amount of $1,371.75 on or about September 25, 2017, is hereby allowed in the amount of $1,371.75; and

IT IS FURTHER ORDERED Debtor Blues Brothers, LLC's Chapter 12 Plan is hereby amended to require payment of the N.J. Division's Priority Claim in the amount of $1,371.75, in full on the Effective Date; and

IT IS FURTHER ORDERED THAT the following default language shall apply to the Debtor Blues Brothers, LLC's Chapter 12 Plan:

Retained Jurisdiction and Enforcement Remedies for Tax Claimants: Notwithstanding anything in this plan to the contrary, the Bankruptcy Court shall not retain jurisdiction with respect to tax claims except for (i) resolving the amount any tax claims arising prior to confirmation, and (ii) enforcing the discharge provisions of the confirmed plan. A failure by the reorganized debtor to make a payment to holders of tax claims pursuant to the terms of the plan shall be an event of default. If the reorganized debtor fails to cure an event of default as to Plan payments on the tax claims within thirty days after receipt of written notice of default from a tax claimant, then the tax claimant may (a) enforce the entire amount of its claim; (b) exercise any and all rights and remedies such tax claimant may have under applicable nonbankruptcy

**Page 3**
Debtor: Blues Brothers
Case No.: 17-21820
Caption of Order: CONSENT ORDER

law; and/or (c) seek such relief as may be appropriate in this Court.

CONSENTED AS TO FORM AND ENTRY:

| KASEN & KASEN, P.C. | CHRISTOPHER S. PORRINO |
| Attorneys for Debtors | Attorney General of New Jersey |

_____    _____
David A. Kasen, Esq.                Heather Lynn Anderson
                                    Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                          Chapter 12
Colleen T Mortellite
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: Oct 03, 2017
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db/jdb        +Anthony M Mortellite, Jr,   Colleen T Mortellite,   564 11th St.,   Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              CherylLynn  Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
              David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
              David A. Kasen    on behalf of Unknown Role Type    Blues Brothers, LLC dkasen@kasenlaw.com
              David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
              David A. Kasen    on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States Department of Agriculture - Farm Serivce
               Agency eamonn.ohagan@usdoj.gov
              Erin  Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph A McCormick, Jr.    on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner    on behalf of Creditor    Farm Credit East, ACA mkizner@stark-stark.com
              Ross J. Switkes    on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
              Timothy P. Duggan    on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.    on behalf of Creditor    Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                               TOTAL: 24