UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID A. KASEN, ESQUIRE (ID#DK1778)
KASEN & KASEN
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Attorneys for Debtors



Order Filed on October 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony M. Mortellite, Jr. and Collen Mortellite and Blues Brothers, LLC,

    Debtors.

Case No.: 17-21818/17-21820

Chapter: 12

Judge: Altenburg

# ORDER AUTHORIZING RETENTION OF APPRAISER FOR DEBTORS

The relief set forth on the following page is **ORDERED**.

**DATED: October 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  Edwin F. Kay

as  Appraiser for the debtor , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Kay & Associates, Inc.
   107 East Commerce St.
   Bridgeton, NJ 08302

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2