| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **STARK & STARK**<br>A Professional Corporation<br>Timothy P. Duggan, Esq (TD-7344)<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648-2389<br>(609) 896-9060<br>Attorneys for Farm Credit East, ACA | Order Filed on October 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE,<br><br>            Debtors.<br>_____<br>In the Matter of:<br><br>BLUES BROTHERS, LLC,<br><br>            Debtor. | CASE NO. 17-21818 (ABA)<br><br><br><br><br><br>CASE NO. 17-21820 (ABA)<br><br><br>Judge: Andrew B. Altenburg<br><br>Chapter: 12 |

**ORDER DENYING CONFIRMATION OF AMENDED CHPATER 12 PLAN**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED.**

**DATED: October 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Mortellite and Blues Brothers, LLC, admin. consolidated |
| Case No: | 17-21818 and 17-21830 |
| Caption of Order: | ORDER DENYING CONFIRAMTION OF CHAPTER 12 PLAN |

This matter having been opened to the Court by the filing of the Debtors' First Amended Chapter 12 Plan of Reorganization (the "Amended Chapter 12 Plan") in case number 17-21818 (Doc # 101) and case number 17-21820 (Doc # 34); and the Court having heard testimony on October 5, 2017, and for good cause shown:

**IT IS ORDERED** that:

1. Confirmation of the Amended Plan is denied.

2. The Debtors in case number 17-21818 and/or case number 17-21820 shall have no more than fourteen (14) days from the entry of this Order to file a Chapter 12 bankruptcy plan.

3. If the Debtors do not file a Chapter 12 bankruptcy plan within fourteen (14) days of the entry of this Order, the Chapter 12 Trustee will submit a proposed order dismissing the Debtors' cases which will be entered by the Court without further notice and/or opportunity for a hearing.

4. A copy of this Order shall be served on all creditors and parties in interest within five (5) days of the entry of this Oder by counsel for Farm Credit East.