| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**STARK & STARK**<br>A Professional Corporation<br>Timothy P. Duggan, Esq (TD-7344)<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648-2389<br>(609) 896-9060<br>Attorneys for Farm Credit East, ACA | **Order Filed on October 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE,<br><br>Debtors. | CASE NO. 17-21818 (ABA) |
| In the Matter of:<br><br>BLUES BROTHERS, LLC,<br><br>Debtor. | CASE NO. 17-21820 (ABA)<br><br>Judge: Andrew B. Altenburg<br><br>Chapter: 12 |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: October 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor: Mortellite and Blues Brothers, LLC, admin. consolidated

Case No: 17-21818 and 17-21830

Caption of Order: ORDER VACATING AUTOMATIC STAY

Upon the Motion of Stark & Stark, A Professional Corporation, Attorneys for Farm Credit East, ACA ("Farm Credit"), under Bankruptcy Code section 362 (a) for relief from the automatic stay as to certain real and personal property as hereinafter set forth, and for cause shown, it is:

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Farm Credit's rights in the following:

**ASSETS OF ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE:**

X    Real property more fully described as:

Block 5602, Lot 10, Shady Lane, Block 5602, Lot 10.01, Shady Lane, Block 5715, Lot 3, Waterford Rd., Block 5715, Lot 3.01, Waterford Rd., Block 5706, Lot 6, 134 Winterberry Lane, and Block 5715, Lot 2, Waterford, Rd., in Winslow Township, NJ.

X    Personal property – all machinery and equipment owned by said debtors, including but not limited to all machinery and equipment listed on the debtors' Schedule B.

(Page 3)

| | |
|---|---|
| Debtor: | Mortellite and Blues Brothers, LLC, admin. consolidated |
| Case No: | 17-21818 and 17-21830 |
| Caption of Order: | ORDER VACATING AUTOMATIC STAY |

**ASSETS OF BLUES BROTHERS, LLC**

X    Personal property – all cash, accounts receivable, crops, machinery, and equipment owned by said debtors, including but not limited to all machinery and equipment listed on the debtor's Schedule B.

IT IS further ORDERED that the vacation of the automatic stay applies to Farm Credit's rights, only.

IT IS further ORDERED that the movant may join the (the "Debtors") and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.