UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID A. KASEN, ESQUIRE (ID#DK1778)
KASEN & KASEN
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Attorneys for Debtors

Order Filed on October 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony M. Mortellite, Jr. and Collen Mortellite and Blues Brothers, LLC,
                    Debtors.

Case No.: 17-21818/17-21820

Chapter: 12

Judge: Altenburg

---

### ORDER AUTHORIZING RETENTION OF

### APPRAISER FOR DEBTORS

The relief set forth on the following page is **ORDERED**.

**DATED: October 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Edwin F. Kay_____

as _____Appraiser for the debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: Kay & Associates, Inc.

   107 East Commerce St.

   Bridgeton, NJ 08302

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony M Mortellite, Jr  
Colleen T Mortellite  
     Debtors

Case No. 17-21818-ABA  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Oct 06, 2017  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.  
db/jdb         +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2017 at the address(es) listed below:
        Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com  
        Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
        CherylLynn  Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com  
        David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com  
        David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com  
        David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com  
        David A. Kasen    on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com  
        Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eamonn  O'Hagan    on behalf of Creditor   United States Department of Agriculture - Farm Serivce Agency eamonn.ohagan@usdoj.gov  
        Erin  Darden    on behalf of Creditor   United States of America erin.darden@usdoj.gov  
        Heather Lynn  Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us  
        Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com, dkasen@kasenlaw.com  
        Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com, dkasen@kasenlaw.com  
        Jenny R. Kasen    on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com, dkasen@kasenlaw.com  
        John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net  
        John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Joseph A McCormick, Jr.    on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
        Marshall T. Kizner    on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com  
        Ross J. Switkes    on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com  
        Steven P. Kelly    on behalf of Creditor   Arvest Central Mortgage Company skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        Timothy P. Duggan    on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        Walter F. Gavigan, Jr.    on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com  
        William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com  
                                                                                                                                                                   TOTAL: 25