| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **STARK & STARK**<br>A Professional Corporation<br>Timothy P. Duggan, Esq (TD-7344)<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648-2389<br>(609) 896-9060<br>Attorneys for Farm Credit East, ACA | Order Filed on October 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE,<br><br>            Debtors.<br>_____<br>In the Matter of:<br><br>BLUES BROTHERS, LLC,<br><br>            Debtor. | CASE NO. 17-21818 (ABA)<br><br><br><br><br><br>CASE NO. 17-21820 (ABA)<br><br><br>Judge: Andrew B. Altenburg<br><br>Chapter: 12 |

**ORDER DENYING CONFIRMATION OF AMENDED CHPATER 12 PLAN**

    The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED.**

**DATED: October 6, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Mortellite and Blues Brothers, LLC, admin. consolidated |
| Case No: | 17-21818 and 17-21830 |
| Caption of Order: | ORDER DENYING CONFIRAMTION OF CHAPTER 12 PLAN |

This matter having been opened to the Court by the filing of the Debtors' First Amended Chapter 12 Plan of Reorganization (the "Amended Chapter 12 Plan") in case number 17-21818 (Doc # 101) and case number 17-21820 (Doc # 34); and the Court having heard testimony on October 5, 2017, and for good cause shown:

**IT IS ORDERED** that:

1. Confirmation of the Amended Plan is denied.

2. The Debtors in case number 17-21818 and/or case number 17-21820 shall have no more than fourteen (14) days from the entry of this Order to file a Chapter 12 bankruptcy plan.

3. If the Debtors do not file a Chapter 12 bankruptcy plan within fourteen (14) days of the entry of this Order, the Chapter 12 Trustee will submit a proposed order dismissing the Debtors' cases which will be entered by the Court without further notice and/or opportunity for a hearing.

4. A copy of this Order shall be served on all creditors and parties in interest within five (5) days of the entry of this Oder by counsel for Farm Credit East.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                                Chapter 12
Colleen T Mortellite
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 06, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db/jdb         +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Andrea   Dobin     on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              CherylLynn   Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
              David A. Kasen     on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
              David A. Kasen     on behalf of Unknown Role Type    Blues Brothers, LLC dkasen@kasenlaw.com
              David A. Kasen     on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
              David A. Kasen     on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan     on behalf of Creditor    United States Department of Agriculture - Farm Serivce
               Agency eamonn.ohagan@usdoj.gov
              Erin  Darden     on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph A McCormick, Jr.    on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner    on behalf of Creditor    Farm Credit East, ACA mkizner@stark-stark.com
              Ross J. Switkes    on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
              Steven P. Kelly    on behalf of Creditor    Arvest Central Mortgage Company
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Timothy P. Duggan    on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.    on behalf of Creditor    Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                              TOTAL: 25