UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STARK & STARK**
A Professional Corporation
Timothy P. Duggan, Esq (TD-7344)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
Attorneys for Farm Credit East, ACA

Order Filed on October 6, 2017
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:                                                    CASE NO. 17-21818 (ABA)

ANTHONY M. MORTELLITE, JR., and COLLEEN
MORTELLITE,

             Debtors.

                                       CASE NO. 17-21820 (ABA)

In the Matter of:

BLUES BROTHERS, LLC,                           Judge: Andrew B. Altenburg

             Debtor.                        Chapter: 12

## ORDER VACATING AUTOMATIC STAY

     The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED.**

**DATED: October 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor:            Mortellite and Blues Brothers, LLC, admin. consolidated

Case No:           17-21818 and 17-21830

Caption of Order:  ORDER VACATING AUTOMATIC STAY

Upon the Motion of Stark & Stark, A Professional Corporation, Attorneys for Farm Credit East, ACA ("Farm Credit"), under Bankruptcy Code section 362 (a) for relief from the automatic stay as to certain real and personal property as hereinafter set forth, and for cause shown, it is:

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Farm Credit's rights in the following:

### ASSETS OF ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE:

X        Real property more fully described as:

         Block 5602, Lot 10, Shady Lane, Block 5602, Lot 10.01, Shady Lane, Block

         5715, Lot 3, Waterford Rd., Block 5715, Lot 3.01, Waterford Rd., Block

         5706, Lot 6, 134 Winterberry Lane, and Block 5715, Lot 2, Waterford, Rd.,

         in Winslow Township, NJ.

X        Personal property – all machinery and equipment owned by said debtors,

         including but not limited to all machinery and equipment listed on the debtors'

         Schedule B.

4815-8622-8043, v. 2

(Page 3)

Debtor:              Mortellite and Blues Brothers, LLC, admin. consolidated

Case No:            17-21818 and 17-21830

Caption of Order:    ORDER VACATING AUTOMATIC STAY

### ASSETS OF BLUES BROTHERS, LLC

X      Personal property – all cash, accounts receivable, crops, machinery, and equipment owned by said debtors, including but not limited to all machinery and equipment listed on the debtor's Schedule B.

IT IS further ORDERED that the vacation of the automatic stay applies to Farm Credit's rights, only.

IT IS further ORDERED that the movant may join the (the "Debtors") and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.

4815-8622-8043, v. 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                                    Chapter 12
Colleen T Mortellite
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Oct 06, 2017
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db/jdb        +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              CherylLynn  Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
              David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
              David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
              David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
              David A. Kasen    on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor   United States Department of Agriculture - Farm Serivce
               Agency eamonn.ohagan@usdoj.gov
              Erin  Darden    on behalf of Creditor   United States of America erin.darden@usdoj.gov
              Heather Lynn  Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
              John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joseph A McCormick, Jr.    on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner    on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
              Ross J. Switkes    on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
              Steven P. Kelly    on behalf of Creditor   Arvest Central Mortgage Company
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              Timothy P. Duggan    on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.    on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
              William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortoncraigecf@gmail.com,  mortoncraigecf@gmail.com
                                                                                          TOTAL: 25