UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID A. KASEN, ESQUIRE
KASEN & KASEN
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
Cherry Hill, New Jersey 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Attorneys for Debtors

Order Filed on October 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY M. MORTELLITE, JR., COLLEEN MORTELLITE AND BLUES BROTHERS, LLC,

Debtors.

Case No.: 17-21818/17-21820

Chapter: 12

Judge: Altenburg

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 10, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of  David A. Kasen, Esquire, attorney or debtors  for the reduction of time for a hearing on  Motion Seeking an Order Authorizing Continued Use of Cash Collateral and Vacating Order Vacating Automatic Stay  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  Friday, Oct.20, 2017  at  1 PM  in the United States Bankruptcy Court,  400 Cooper St., 4th Floor, Camden, NJ 08101 , Courtroom No.  4B .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  Trustee, secured creditor and their counsel and all parties that filed objections to confirmation.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___2___ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*