UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID A. KASEN, ESQUIRE
KASEN & KASEN
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
Cherry Hill, New Jersey 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Attorneys for Debtors

Order Filed on October 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY M. MORTELLITE, JR., COLLEEN MORTELLITE AND BLUES BROTHERS, LLC,

Debtors.

Case No.: 17-21818/17-21820

Chapter: 12

Judge: Altenburg

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 10, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of David A. Kasen, Esquire, attorney or debtors for the reduction of time for a hearing on Motion Seeking an Order Authorizing Continued Use of Cash Collateral and Vacating Order Vacating Automatic Stay under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on Friday, Oct. 20, 2017 at 1 PM in the United States Bankruptcy Court, 400 Cooper St., 4th Floor, Camden, NJ 08101, Courtroom No. 4B.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, secured creditor and their counsel and all parties that filed objections to confirmation.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____2____ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony M Mortellite, Jr  
Colleen T Mortellite  
    Debtors

Case No. 17-21818-ABA  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 10, 2017  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.  
db/jdb       +Anthony M Mortellite, Jr,   Colleen T Mortellite,   564 11th St.,   Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:

         Andrea Dobin   on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
         Andrea Dobin   ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
         CherylLynn Walters   on behalf of Creditor Township of Winslow cwalters@prlawoffice.com  
         David A. Kasen   on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com  
         David A. Kasen   on behalf of Unknown Role Type Blues Brothers, LLC dkasen@kasenlaw.com  
         David A. Kasen   on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com  
         David A. Kasen   on behalf of Debtor Blues Brothers, LLC dkasen@kasenlaw.com  
         Denise E. Carlon   on behalf of Creditor Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eamonn O'Hagan   on behalf of Creditor United States Department of Agriculture - Farm Serivce Agency eamonn.ohagan@usdoj.gov  
         Erin Darden   on behalf of Creditor United States of America erin.darden@usdoj.gov  
         Heather Lynn Anderson   on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us  
         Jenny R. Kasen   on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com, dkasen@kasenlaw.com  
         Jenny R. Kasen   on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com, dkasen@kasenlaw.com  
         Jenny R. Kasen   on behalf of Debtor Blues Brothers, LLC jkasen@kasenlaw.com, dkasen@kasenlaw.com  
         John E. Corbett   on behalf of Creditor Lance Henry jecorbett@corbettlaw.net  
         John R. Morton, Jr.   on behalf of Creditor Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         John R. Morton, Jr.   on behalf of Creditor Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Joseph A McCormick, Jr.   on behalf of Creditor Deere & Company jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
         Marshall T. Kizner   on behalf of Creditor Farm Credit East, ACA mkizner@stark-stark.com  
         Ross J. Switkes   on behalf of Trustee Andrea Dobin rswitkes@trenklawfirm.com  
         Steven P. Kelly   on behalf of Creditor Arvest Central Mortgage Company skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         Timothy P. Duggan   on behalf of Creditor Farm Credit East, ACA tduggan@stark-stark.com  
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
         Walter F. Gavigan, Jr.   on behalf of Creditor Lee Rain, Inc. wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com  
         William E. Craig   on behalf of Creditor Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com

                                                                                       TOTAL: 25