UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
DAVID A. KASEN, ESQUIRE
KASEN & KASEN, PC
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
Cherry Hill, NJ  08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
Attorneys for Debtors
ID# DK1778

Order Filed on October 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY M. MORTELLITE, JR. and
COLLEEN MORTELLITE,

              Debtors.

In Re:

BLUES BROTHERS, LLC,

              Debtor.

Chapter 12

Case No. 17-21818/ABA

Hearing Date: 10/17/17

Chapter 12

Case No. 17-21820/ABA

(Jointly Administered)

Judge Altenburg

**ORDER EXPUNGING CLAIM NUMBER 6 FILED BY THE
STATE OF NEW JERSEY, DIVISION OF TAXATION
IN CASE NO. 17-21820/ABA**

DATED: October 17, 2017

The relief set forth on the following pages, is hereby **ORDERED**.

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:     17-21818/ABA AND 17-21820/ABA

Debtor(s):    Anthony M. Mortellite, Jr. and Colleen Mortellite and Blues Brothers, LLC (Jointly Administered)

Caption of Order: ORDER EXPUNGING CLAIM NUMBER 6 FILED BY THE STATE OF NEW JERSEY, DIVISION OF TAXATION IN CASE NO. 17-21820/ABA

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-named debtors, pursuant to a Notice of Debtor's Motion to Expunge Claim Number 6 Filed by the State of New Jersey, Division of Taxation in Case No. 17-21820/ABA, and the Court having reviewed the documents on file and having heard the arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED that Claim No. 6 filed by the State of New Jersey, Division of Taxation in Case No. 17-21820/ABA is expunged.