Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–21818–ABA
Chapter: 12
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony M Mortellite Jr
dba Blues Brothers, LLC
564 11th St.
Hammonton, NJ 08037

Colleen T Mortellite
564 11th St.
Hammonton, NJ 08037

Social Security No.:
xxx–xx–3160                                           xxx–xx–7265

Employer's Tax I.D. No.:
26–1696190

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:             11/17/17
Time:             11:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 20, 2017
JAN: bc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court