UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Anthony M. Mortellite, Jr. and<br>Colleen Mortellite,<br>Debtors | Case No.: 17-21818-ABA<br><br>Chapter: 12<br><br>Jointly Administered |
|---|---|
| Blues Brothers, LLC,<br>Debtor | Case No.: 16-1202-ABA<br><br>Judge: Andrew B. Altenburg, Jr. |

**ORDER SCHEDULING HEARING ON CONFIRMATION OF MODIFIED PLAN
AND/OR FOR DISMISSAL OF CASES**

The relief set forth on the following pages, numbered two is hereby **ORDERED**.

**DATED: October 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Anthony M. Mortellite, Jr. and Colleen Mortellite*
*Case No.: 17-21818-ABA*
*Blues Brothers, LLC*
*Adv. No.: 17-21820-ABA*
*Order Scheduling Hearing On Confirmation Of Modified Plan And/Or For Dismissal Of Cases*
Page | 2

---

The jointly-administered debtors having filed a Second Modified Chapter 12 Plan on October 19, 2017, Doc. No. 130, and for good cause shown; it is hereby

**ORDERED** that a hearing on confirmation of the jointly-administered debtors' modified plan and/or dismissal of this case shall take place on November 17, 2017 at 11:000 a.m.

The court reserves the right to revise its findings of fact and conclusions of law.