UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
DAVID A. KASEN, ESQUIRE
KASEN & KASEN, PC
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
Cherry Hill, NJ  08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
Attorneys for Debtors
ID# DK1778

**Order Filed on October 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY M. MORTELLITE, JR. and
COLLEEN MORTELLITE,

               Debtors.

In Re:

BLUES BROTHERS, LLC,

               Debtor.

Chapter 12

Case No. 17-21818/ABA

Hearing Date: 10/17/17

Chapter 12

Case No. 17-21820/ABA

(Jointly Administered)

Judge Altenburg

## ORDER EXPUNGING CLAIM NUMBER 16 FILED BY THE STATE OF NEW JERSEY, DIVISION OF TAXATION IN CASE NO. 17-21818/ABA

The relief set forth on the following pages, hereby **ORDERED**.

**DATED: October 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:      17-21818/ABA AND 17-21820/ABA
Debtor(s):      Anthony M. Mortellite, Jr. and Colleen Mortellite and Blues Brothers, LLC (Jointly Administered)
Caption of Order: ORDER EXPUNGING CLAIM NUMBER 16 FILED BY THE STATE OF NEW JERSEY, DIVISION OF TAXATION IN CASE NO. 17-21818/ABA

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-named debtors, pursuant to a Notice of Debtors' Motion to Expunge Claim Number 16 Filed by the State of New Jersey, Division of Taxation in Case No. 17-21818/ABA, and the Court having reviewed the documents on file and having heard the arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED that Claim No. 16 filed by the State of New Jersey, Division of Taxation in Case No. 17-21818/ABA is expunged.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                                  Chapter 12
Colleen T Mortellite
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 18, 2017
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db/jdb        +Anthony M Mortellite, Jr,   Colleen T Mortellite,   564 11th St.,   Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Andrea  Dobin   on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Andrea  Dobin   ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              CherylLynn  Walters   on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
              David A. Kasen   on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
              David A. Kasen   on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
              David A. Kasen   on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
              David A. Kasen   on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon   on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan   on behalf of Creditor   United States Department of Agriculture - Farm Serivce
               Agency eamonn.ohagan@usdoj.gov
              Erin  Darden   on behalf of Creditor   United States of America erin.darden@usdoj.gov
              Heather Lynn  Anderson   on behalf of Creditor   State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen   on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen   on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen   on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John E. Corbett   on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
              John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joseph A McCormick, Jr.   on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner   on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
              Ross J. Switkes   on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
              Steven P. Kelly   on behalf of Creditor   Arvest Central Mortgage Company
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              Timothy P. Duggan   on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.   on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
              William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortoncraigecf@gmail.com,  mortoncraigecf@gmail.com
                                                                                       TOTAL: 25