Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–21818–ABA
Chapter: 12
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony M Mortellite Jr | Colleen T Mortellite |
| dba Blues Brothers, LLC | 564 11th St. |
| 564 11th St. | Hammonton, NJ 08037 |
| Hammonton, NJ 08037 | |

Social Security No.:
  xxx–xx–3160                     xxx–xx–7265

Employer's Tax I.D. No.:
  26–1696190

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/17/17
Time:            11:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: October 20, 2017
JAN: bc

                                             Jeanne Naughton
                                             Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                                                Chapter 12
Colleen T Mortellite
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3              Date Rcvd: Oct 20, 2017
                               Form ID: 132             Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db/jdb         +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468
aty            +Trenk DiPasquale Della Fera & Sodono, PC,    427 Riverview Plaza,    Trenton, NJ 08611-3420
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Arvest Central Mortgage Company,    Stern & Eisenberg, PC,    1040 North Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
none           +Blues Brothers, LLC,    c/o Kasen & Kasen,    1874 E. Marlton Pike,    Suite 3,
                 Cherry Hill, NJ 08003-2038
cr             +Deere & Company,    PO Box 6600,    Johnston, IA 50131-6600
app            +Edwin Kay,    Kay & Associates, Inc.,    107 East Commerce St.,    Bridgeton, NJ 08302-2601
cr             +Farm Credit East, ACA,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
cr             +Lance Henry,    103 Waterford Rd,    Hammonton, NJ 08037-2330
cr             +Lee Rain, Inc.,    2079 Wheat Road,    Vineland, NJ 08361-2594
cr             +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Road,    Stratford, NJ 08084-1404
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516896153     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 4000 Embarcadero Dr.,    Arlington, Texas 76014)
516896154      +AmeriCredit Financial Services, Inc.,    dba GM Financial,    Morton & Craig, LLC,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
516916579      +AmeriCredit Financial Services, Inc, dba GM Finan,    P O Box 183853,
                 Arlington, TX 76096-3853
516892939      +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516873079      +Arvest Central Mortgage Company,    801 John Barrow Rd., Suite 1,    Little Rock, AR 72205-6511
516873080      +Blues Brothers, LLC,    564 11th St.,    Hammonton, NJ 08037-8468
516873083      +CAS Pack Corporation,    1750 Woodhaven Drive,    Bensalem, PA 19020-7108
517000969      +CNH Industrial Capital America LLC,    PO Box 3600,    Lancaster, PA 17604-3600
516873081      +Capital One Bank,    Bankruptcy Department,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516873082       Capital One Bank USA, NA,    PO Box 71083,    Charlotte, NC 28272-1083
517098872       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517111706      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
                 Tucson, AZ 85712-1083
516924105      +Deere & Company,    Joseph A. McCormick, Jr., P.A.,    76 Euclid Ave,
                 Haddonfield, NJ 08033-2330
517089401      +Deere & Company,    d/b/a Deere Financial,    PO Box 6600,    Johnston, IA 50131-6600
516873085      +DiMeo, Frank,    561 Middle Rd.,    Hammonton, NJ 08037-8991
516873086      +DiMeo, William and Frank,    600 Middle Rd.,    Hammonton, NJ 08037-8912
516873087      +Ernest R. Miles Construction Co.,    P.O. Box 39,    Newfield, NJ 08344-0039
516873088      +Farm Credit East,    29 Landis Ave.,    Bridgeton, NJ 08302-4396
516944595      +Farm Credit East, ACA,    c/o Stark & Stark, P.C.,    PO Box 5315,    Princeton, NJ 08543-5315
516873089      +Farm Credit East, ACA fka First Pioneer,    c/o Hulse & Wynter, LLC,
                 1624 Jacksonville Rd., Suite 1,    Burlington, NJ 08016-9784
516873090      +Farm-Rite, Inc.,    P.O. Box 29,    Shiloh, NJ 08353-0029
516873091      +First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
516873092      +Fruitwood Apiaries, Inc.,    419 Elk Rd.,    Monroeville, NJ 08343-2706
516873094      +GM Financial,    P.O. Box 78143,    Phoenix, AZ 85062-8143
516873093      +Gemmel Todd & Merenich, P.A.,    767 Shore Rd.,    P.O. Box 296,    Linwood, NJ 08221-0296
516873095       Henry, Lance,    103 Waterford Blue Anchor Rd.,    Hammonton, NJ 08037
516873096      +Jay B. Feldman, Esquire,    Hulse & Wynter, LLC,    1624 Jacksonville Rd., Suite 1,
                 Burlington, NJ 08016-9784
517071676       Kubota Credit Corporation,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516974633      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516873099      +Kubota Credit Corporation (DF),    c/o Alternative Collections, LLC,    1140 Wehrle Drive,
                 Williamsville, NY 14221-7748
516873100      +Kubota Credit Corporation, USA,    Servicing Center,    4400 Amon Carter Blvd., Suite 100,
                 Fort Worth, TX 76155-2695
516901566       Lance Henry,    Corbett Law Firm LLC,    303 Walnut Avenue,    Evesham, NJ 08053-7016
516873101      +Lee Rain, Inc.,    2079 E. Wheat Rd.,    Vineland, NJ 08361-2594
516983745       Lee Rain, Inc.,    Gruccio Pepper,    817 Landis Avenue,    PO Box 1501,    Vineland, NJ 08362-1501
516873103      +Luxury Card,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
517070334      +Mid-lantic Labeling and Packaging, LLC,    PO Box 1222,    Hammonton, NJ 08037-5222
516873104      +Plant Food Co., Inc.,    38 Hightstown-Cranbury Station Rd.,    Cranbury, NJ 08512-5099
517006799     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516873105      +South Jersey Sanitation,    P.O. Box 1224,    Hammonton, NJ 08037-5224
516873106      +Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
```

```
District/off: 0312-1           User: admin                Page 2 of 3                   Date Rcvd: Oct 20, 2017
                               Form ID: 132               Total Noticed: 75


516922201       +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Avenue,
                  Stratford, New Jersey 08084-1404
516873108       +U.S. Department of Agriculture,    Farm Service Agency,    1971 Jacksonville-Jobstown Rd.,
                  Columbus, NJ 08022-1412
516983749       +United States of America, acting through,    USDA-Farm Service Agency,    US Attorney's Office,
                  970 Broad Street, Suite 700,    Newark, NJ 07102-2534
516873109       +Wells Fargo Bank N.A.,    John G. Stumpf, Chairman, Pres. & CEO,    420 Montgomery Street,
                  San Francisco, CA 94104-1298
516969080        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
517076330        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,    IA    50306-0438
516960772       +Wells Fargo Bank, N.A.,,    d/b/a/ Wells Fargo Dealer Services,    John R. Morton, Jr., Esquire,
                  110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
516960773       +Wells Fargo Bank, N.A.,,    d/b/a/ Wells Fargo Dealer Services,    1451 Thomas Langston Rd.,
                  Winterville, NC 28590-8872
516873110       +Wells Fargo Dealer Services,    P.O. Box 17900,    Denver, CO 80217-0900
516873111       +Wells Fargo Financial National Bank,    P.O. Box 10347,    Des Moines, IA 50306-0347
516873112       +Winfield Solutions, LLC,    c/o Steven J. Daroci, Esquire,    Fox Rothschild,    P.O. Box 5231,
                  Princeton, NJ 08543-5231
517120975       +Winfield Solutions, LLC c/o Fox Rothschild LLP,    997 Lenox Dr., Bldg 3,
                  Lawrenceville NJ 08648-2317
516873113       +Winslow Township Tax Collector,    125 S. Route 73,    Braddock, NJ 08037-9423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:06      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516921397       +E-mail/Text: cio.bncmail@irs.gov Oct 20 2017 23:04:37      Department of Treasury,
                  Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516873084       +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:18      Dick's/Synchrony Bank/ROS,
                  Attn:  Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
516873097       +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:03      JC Penney/Synchrony Bank,
                  Attn:  Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
516873098       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 20 2017 23:04:27       Kohl's,    P.O. Box 2983,
                  Milwaukee, WI 53201-2983
516873102       +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:18      Lowe's Business Acct/Syncs,
                  Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
517084554        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2017 23:07:40
                  Portfolio Recovery Associates, LLC,    c/o Mastercard Black,    POB 41067,    Norfolk VA 23541
516875431       +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:00:50      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516873107       +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:03      TJX/Synchrony Bank,
                  Attn:  Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             C.M.Williams & Associates, LLC,    219 State Street, Elmer
517129891*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:  AmeriCredit Financial Services, Inc.,     dba GM Financial,
                  P O Box 183853,    Arlington, TX 76096)
517006552*      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516922651*      +Winslow Township Tax Collector,    125 S. Route 73,    Braddock, NJ 08037-9423
                                                                                             TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                    Page 3 of 3           Date Rcvd: Oct 20, 2017
                              Form ID: 132                   Total Noticed: 75
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
          Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
          Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          CherylLynn  Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
          David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
          David A. Kasen    on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
          David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
          David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
          Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Creditor   United States Department of Agriculture - Farm Serivce
           Agency eamonn.ohagan@usdoj.gov
          Erin  Darden    on behalf of Creditor   United States of America erin.darden@usdoj.gov
          Heather Lynn  Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          Jenny R. Kasen    on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com,
           dkasen@kasenlaw.com
          Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
           dkasen@kasenlaw.com
          Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
           dkasen@kasenlaw.com
          John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
          John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Joseph A McCormick, Jr.    on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com,
           karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
           jlaw.com
          Marshall T. Kizner    on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
          Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@trenklawfirm.com
          Steven P. Kelly    on behalf of Creditor   Arvest Central Mortgage Company
           skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          Timothy P. Duggan    on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Walter F. Gavigan, Jr.    on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com,
           jlynch@grucciopepper.com;r53898@notify.bestcase.com
          William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                             TOTAL: 25
```