DAVID A. KASEN, ESQUIRE
KASEN & KASEN, P.C.
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
Cherry Hill, NJ  08003
Telephone (856) 424-4144
Facsimile (856) 424-7565
Attorneys for Debtors
ID# DK1778

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 12 |
| ANTHONY M. MORTELLITE, JR. and COLLEEN T. MORTELLITE, | : : : | Case No.: 17-21818/ABA |
| Debtors. | : : | Hearing Date: |
| In the Matter of: | : : | |
| BLUES BROTHERS, LLC, | : : | Chapter 12 |
| Debtor. | : : : | Case No.: 17-21820/ABA |
| | : : | (Jointly Administered) |

---

**DEBTORS' SECOND AMENDED
CHAPTER 12 PLAN OF REORGANIZATION**

Anthony M. Mortellite, Jr. and Colleen T. Mortellite, and Blues Brothers, LLC (the "**Debtors**"), are the Debtors in cases filed on June 8, 2017 and jointly administered by Order of the Court dated June 22, 2017, and they respectfully submit the following Plan of Reorganization (the "**Plan**") pursuant to 11 U.S.C. §§ 1221 and 1222:

I.    **INTRODUCTION**

A.    **The Debtor's Operations**

The Debtor, Blues Brothers, LLC, is a two member limited liability company registered in the State of New Jersey, and it operates the farm owned by Anthony M. Mortellite, Jr. located in Winslow Township, New Jersey.  The members are Anthony M. Mortellite, Jr. and Colleen T. Mortellite.  The Mortellites own a home at 564 11th St., Hammonton, New Jersey 08037, where they reside with their 11 year old twin sons. Colleen T. Mortellite is a homemaker and does not have any outside independent source of income, except minimal income from a hobby business. Anthony M. Mortellite, Jr. owns a 109 acre blueberry and blackberry farm located in Winslow Township, New Jersey, wherein this year, 2017, he planted 80 acres of blueberries and 4 acres of blackberries.  The farming operation produces the main source of income for the Mortellite family.  Anthony M. Mortellite, Jr., between October of 2016 and the beginning of the growing season in 2017, obtained an off-season job for a farmer for which he was paid $12,000.00.  He anticipates he will be able to get that job again this year with similar income.

In 2017, the farm has produced between the date of the filing of the petition and September 30, 2017 gross income of $289,440.05.  By the end of November, the Debtor is expecting its final payment from Donio in the approximate amount of $44,000.00.  This is based upon the sale to Donio of 112,980 pounds of frozen blueberries and 9,524 pounds of juice.  Thus, the total receipts for 2017 will be $289,440.05 plus the payment from Donio. Blues Brothers, LLC has incurred expenses since the date of filing of the petition to date

2

as set forth on the projections prepared by Chris M. Williams, C.P.A. attached hereto marked Exhibit A.

$130,000.00 has been paid to Farm Credit East, ACA on account of adequate protection payments per Order of the Court.

### B.    The Real Property

As stated above, Anthony M. Mortellite, Jr. and Collen T. Mortellite own a single family residence located at 564 11th St., Hammonton, New Jersey 08037, as tenancy by the entirety, and that property has an approximate value of $225,000.00.  There is a mortgage on that property held by Arvest Central Mortgage Co., which filed a secured Proof of Claim in the amount of $188,197.60.  With respect to the farm property, the farm property is owned solely by Anthony M. Mortellite, Jr.  The farm property is in Winslow Township, New Jersey on Shady Lane, Block 5602, Lot 10 and Block 5602, Lot 10.01, and Block 5715, Lot 3, Waterford Rd., Block 5715, Lot 3.01, Waterford Rd., and Block 5715, Lot 2, Waterford Rd., consisting of approximately 109 acres, of which in 2017, 80 acres were planted with blueberries and 4 acres were planted with blackberries.  The remainder of the land was not planted.  Farm Credit East, ACA  holds a first mortgage on the Debtor's farm and filed a secured Proof of Claim in the amount of $1,663,352.46.  There is a second mortgage on the Debtor's farm held by the United States of America acting through USDA-Farm Service Agency, which filed a secured Proof of Claim in the amount of $32,943.60. The Debtor's farm was valued by Edwin F. Kay, a licensed and certified real estate appraiser specializing in farm properties, who valued the farm as of May 21, 2017 as having a current market value of $600,000.00.  Farm Credit East, ACA had representatives inspect the farm.  Farm Credit East, ACA's appraisers have valued the farm at $2,231,000.00.

3

### C.    Farm Credit East, ACA

Farm Credit East, ACA has filed a Proof of Claim as a secured Proof of Claim in the Anthony M. Mortellite, Jr. and Colleen T. Mortellite bankruptcy case (claim number 7) in the amount of $1,663,352.46, claiming a security interest by virtue of a mortgage on the farm, lien on crops, a lien on accounts receivable, and a second lien on machinery and equipment.  Farm Credit East, ACA has filed a secured claim in the Blues Brothers, LLC bankruptcy (claim number 3) in the amount of $1,663,352.46, claiming a lien on crops, accounts receivable and inventory.  Farm Credit East, ACA has recognized that United States of America acting through USDA-Farm Service Agency has a first security interest on machinery and equipment, with the Farm Credit East, ACA lien on machinery and equipment in second position.  The Chapter 12 Plan requires the fixing of the allowed secured claim of Farm Credit East, ACA against the Debtors, Anthony M. Mortellite, Jr. and Colleen T. Mortellite and against the Debtor, Blues Brothers, LLC.  Anthony M. Mortellite, Jr. and Colleen T. Mortellite and Blues Brothers, LLC are jointly and severally responsible for the debt owed to Farm Credit East, ACA, which they have claimed in the amount of $1,663,352.46 in each of the cases.  The Debtors are asserting that the allowed secured claim will be substantially lower in amount than $1,663,352.46, and will ask the Court to fix the allowed amount of the claim.  The Debtors have a real estate appraisal for the farm property valuing the farm property at $600,000.00.  The Court will be asked to fix the value of the machinery and equipment after taking into account the value of machinery and equipment being turned over to the USDA, which has the first lien on said machinery and equipment.  The Debtors have paid adequate protection payments to Farm Credit East, ACA of $130,000.00, after the date of the filing of the Petitions herein.

4

### D.     Events Leading to Bankruptcy

The event leading to filing of the Chapter 12 petitions was the Sheriff's sale scheduled by Farm Credit East, ACA to sell at foreclosure sale the farm property.

## II.     GENERAL PLAN PROVISIONS

### A.     Plan of Reorganization

This Plan is a plan of reorganization.  In other words, the Debtors seek to retain all of their assets and to continue operations by restructuring their debt under the Plan.

### B.     Effective Date of Plan

The effective date (the "**__Effective Date__**") of the proposed Plan is thirty days after the date on which the confirmation Order is entered.

### C.     Debtor as Disbursing Agent

Under this Plan, the Debtor, Anthony M. Mortellite, Jr., and not the Chapter 12 Trustee, shall act as the disbursing agent for the Plan, except the Chapter 12 Trustee will act as disbursing agent for payment of all amounts to priority and general unsecured claims in the Estate of Anthony M. Mortellite, Jr. and Colleen T. Mortellite and in the Estate of Blues Brothers, LLC.  This is permitted under 11 U.S.C. § 1226, which provides in relevant part, "[e]xcept as otherwise provided in the plan or in the order confirming the plan, the trustee shall make payments to creditors under the plan." 11 U.S.C. § 1226(c).  Additional support for the proposition that a chapter 12 debtor may act as disbursing agent can be found in 11 U.S.C. § 1226, which provides in relevant part, "[e]xcept as otherwise provided in the plan or in the order confirming the plan, the trustee shall make payments to creditors under the plan." 11 U.S.C. § 1226(c).

### D.    Claims Against the Debtors

Fed. R. Bankr. P. 3002 provides in relevant part as follows:

> (a) Necessity for filing. An unsecured creditor or an equity security holder must file a proof of claim or interest for the claim or interest to be allowed, except as provided in Rules 1019(3), 3003, 3004, and 3005.
> …
> (c) Time for filing. In a chapter 7 liquidation, chapter 12 family farmer's debt adjustment, or chapter 13 individual's debt adjustment case, a proof of claim is timely filed if it is filed not later than 90 days after the first date set for the meeting of creditors called under § 341(a) of the Code [11 USCS § 341(a)] …

Fed. R. Bankr. P. 3002.

Here, the first date set for the meeting of creditors was July 17, 2017.  As such, the deadline to file non-governmental proofs of claim is October 16, 2017.  Those creditors that fail to file proofs of claim by the deadlines provided for in Fed. R. Bankr. P. 3002 shall not be entitled to any distribution under the Plan, and upon the Debtors' discharge, said claims shall be deemed legally void.

The following Proofs of Claim were filed in the Anthony M. Mortellite, Jr. and Colleen T. Mortellite bankruptcy:

| Proof of Claim # | Creditor | Claim Information | Amount of Claim |
|---|---|---|---|
| 1 | Americredit Financial Services, Inc., d/b/a GM | Amended to an unsecured claim on 10/19/17 | $11,558.32 |
| 2 | Winslow Township Tax Collector | Secured claim - Property taxes on Block 5602, Lot 10 Q Farm | $160.29 |
| 3 | Winslow Township Tax Collector | Secured claim – Property taxes on Block 5706, Lot 6 | $1,001.71 |

| 4 | Winslow Township Tax Collector | Secured claim – Property taxes on Block 5706, Lot 6 Q Farm | $276.68 |
|---|---|---|---|
| 5 | Winslow Township Tax Collector | Secured claim – Property taxes on Block 5715, Lot 3 Q Farm | $633.88 |
| 6 | Internal Revenue Service | Priority claim | $-0- |
| 7 | Farm Credit East | Secured claim – Mortgage on farm, lien on crops, accounts receivable and machinery | $1,663,352.46 |
| 8 | Capital One Bank, USA | Unsecured claim | $8,909.13 |
| 9 | Wells Fargo Bank, N.A. | Secured claim – lien on 2015 Chevrolet Tahoe truck<br>Unsecured claim | $49,400.00<br><br>$19,009.59 |
| 10 | Capital One Bank, USA | Unsecured | $1,716.74 |
| 11 | Arvest Central Mortgage Co. | Secured claim – mortgage on 564 11th St., Hammonton, NJ 08037 | $188,197.60 |
| 12 | Kubota Credit Corp. | Unsecured claim | $28,910.05 |
| 13 | United States of America acting through USDA-Farm Service Agency | Secured claim – first lien on machinery and equipment, second lien on debtor's farm real estate | $32,943.60 |
| 14 | CNH Industrial Capital America, LLC | Secured claim – lien on 95N Case IH 11 Farmall tractor | $7,701.66 |
| 15 | Kubota Credit Corp. | Secured claim – lien on Kubota M8540 | $13,879.23 |
| 16 | State of New Jersey, Division of Taxation | Priority tax claim | $-0- |
| 17 | Mid-lantic Labeling & Packaging, LLC | Unsecured claim | $41,203.89 |
| 18 | Wells Fargo Bank, N.A. | Secured claim amount<br>Total claim amount | $2,039.87<br>$3,337.15 |
| 19 | Deere & Co. | Secured claim amount<br>Total claim amount | $38,700.00<br>$63,003.13 |
| 20 | Portfolio Recovery Assoc. | Unsecured claim | $5,592.54 |
| 21 | Lance Henry | Unsecured claim | $292,357.12 |
| 22 | Capital One Bank | Unsecured claim | $965.68 |
| 23 | Cavalry SPV I, LLC | Unsecured claim | $1,793.20 |
| 24 | Winfield Solutions, LLC | Unsecured claim | $44,410.72 |

The following Proofs of Claim were filed in the Blues Brothers, LLC bankruptcy:

| Proof of Claim # | Creditor | Claim Information | Amount of Claim |
|---|---|---|---|
| 1 | Internal Revenue Service | Priority<br>General Unsecured | $5,971.93<br>$11,552.34 |
| 2 | Kubota Credit Corp. | Unsecured claim | $28,910.05 |
| 3 | Farm Credit East | Secured claim – lien on crops, accounts receivable and inventory | $1,663,352.46 |
| 4 | Lee Rain, Inc. | Unsecured claim | $2,385.57 |
| 5 | CNH Industrial Capital America, LLC | | $0 |
| 6 | State of New Jersey, Division of Taxation | Priority tax claim | $1,371.75 |
| 7 | Kubota Credit Corp. | Secured claim – lien on Kubota M8540HD | $13,879.23 |
| 8 | Deere & Co. | Secured claim amount<br>Total claim amount | $38,700.00<br>$63,003.12 |
| 9 | East West Label Co., Inc. | Unsecured claim | $3,487.60 |

### E.    Definitions

All terms not otherwise defined herein, shall have the definitions used in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of New Jersey.

### F.    Retention of Jurisdiction

Under this Plan, the United States Bankruptcy Court for the District of New Jersey shall retain jurisdiction of the above-captioned chapter 12 bankruptcy case until the Debtors complete all of their Plan payments provided for herein and receive a discharge under 11 U.S.C. § 1228.

### G.    Means of Effectuating the Plan

The farm is owned by the Debtor, Anthony M. Mortellite, Jr., and his company, Blues Brothers, LLC, operates the farm by farming the land, harvesting the fruit grown on the land, paying the expenses to operate the farm, and paying a reasonable sum to the

8

Mortellite family for operating the LLC.  The fruit is grown on farm property owned by the individual Debtor.  Thus, it is the position of the joint Debtors that the proceeds of sale of fruit belong to both Debtors.  It is from the proceeds of the sale of fruit that the Debtor will be paying the payments necessary to effectuate the Plan.  To a very minor extent, the debtors will receive additional income from Anthony M. Mortellite, Jr.'s off-season job, Colleen T. Mortellite's hobby business, and to the extent necessary, contributions from Anthony M. Mortellite, Jr.'s brother.

## III.    PAYMENTS TO BE MADE UNDER THE PLAN

In accordance with 11 U.S.C. § 1222(a)(1), the Debtors shall pay such portion of their future income from on-going operation of the farm as is necessary for the execution of this Plan.  Payments to be made under the Plan consist of the following:

### A.    Secured Claims Against Anthony M. Mortellite, Jr. and Colleen T. Mortellite

#### i.    Winslow Township Tax Collector

The Winslow Township Tax Collector filed secured claims 2, 3, 4 and 5 in the Anthony M. Mortellite, Jr. and Colleen T. Mortellite bankruptcy.  These claims will be paid in full on the effective date of the Plan after the confirmation order is entered.

#### ii.    Americredit Financial Services, Inc., d/b/a GM

Americredit Financial Services, Inc., d/b/a GM filed secured claim number 1 in the Anthony M. Mortellite, Jr. and Colleen T. Mortellite bankruptcy on account of a lien on a 2015 Chevrolet Silverado.  That vehicle has been repossessed pursuant to an Order Granting Motion for Relief from Stay entered by the Court on July 25, 2017.  The vehicle was sold, and Americredit Financial Services, Inc., d/b/a GM has amended its Proof of

9

Claim to be an unsecured claim in the amount of $11,558.52.

### iii.   Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A. filed secured claim number 9 in the Anthony M. Mortellite, Jr. and Colleen T. Mortellite bankruptcy pursuant to a lien on a 2015 Chevrolet Tahoe truck.  That vehicle was returned by the Debtor, Anthony M. Mortellite, Jr., to the creditor, who no longer has a valid secured claim because it has obtained return of its collateral.  A Consent Order was entered on August 15, 2017 granting Application Vacating Automatic Stay.  This creditor will receive no payment as a secured creditor.

Wells Fargo Bank, N.A. also filed claim number 18 as a secured claim in the amount of $2,039.87 and as an unsecured claim in the amount of $1,297.28, claiming a security interest by virtue of a sales contract in items purchased from Superior Play Systems.  As to the secured portion of the claim, to the extent that it is an allowed secured claim, the Debtors will surrender their interest in the collateral.  To the extent that the claim is an allowed unsecured claim, Wells Fargo Bank, N.A. will be treated as an unsecured creditor and receive payment pursuant to the provisions for payment to general unsecured creditors set forth hereinafter.

### iv.   Arvest Central Mortgage Corp.

Arvest Central Mortgage Corp. filed secured claim number 11 in the Anthony M. Mortellite, Jr. and Colleen T. Mortellite bankruptcy pursuant to a mortgage on 564 11th St., Hammonton, New Jersey 08037.  The Debtors will continue to make regular monthly payments on account of the mortgage on 564 11th St., Hammonton, New Jersey 08037 in accordance with their contractual agreement.  The creditor will retain its mortgage lien.

10

**v.**    **United States of America acting through USDA-Farm**

**Service Agency**

The United States of America acting through USDA-Farm Service Agency filed

secured claim number 13 in the Anthony M. Mortellite, Jr. and Colleen T. Mortellite

bankruptcy, claiming a first lien on machinery and equipment and a second lien on the

Debtor's farm real estate.  The claim was filed in the amount of $32,943.60.  This creditor

is totally under-secured with regard to its mortgage lien on the debtor's farm real estate,

and therefore, unsecured pursuant to § 506 of the Bankruptcy Code.  With respect to its

first lien on machinery and equipment, it is recognized as first by Farm Credit East, ACA.

The debtor will surrender personal property securing the claim to the claimant having a

value equal to or greater than the allowed amount of the secured claim. The equipment to

be surrendered is as follows: 35D John Deere Excavator (believed to be worth at least

$29,000.00); Lee Rain Sprayer (believed to be worth at least $4,500.00); and Perfecta

Harrow (believed to be worth at least $1,200.00). To the extent that the property

surrendered exceeds the allowed amount of the secured claim, the USDA shall liquidate

such property, pay off its claim and pay over immediately left over proceeds to Farm Credit

East, ACA, which has a second lien on machinery and equipment owned by the Debtor,

Anthony M. Mortellite, Jr.

To the extent that the USDA seeks help from Anthony M. Mortellite, Jr. to liquidate

the property being surrendered so that the entire claim, including any post-petition interest,

can be paid, the Debtor will participate in such liquidation to the extent that the USDA

authorizes.  If the equipment being surrendered is insufficient to produce monies to pay off

the allowed amount of the secured claim of the USDA, including such interest that accrues,

11

then the USDA can designate additional equipment to be surrendered and liquidated so that

its claim is paid in full.

### vi.    CNH Industrial Capital America, LLC

CNH Industrial Capital America, LLC filed secured claim number 14 in the

Anthony M. Mortellite, Jr. and Colleen T. Mortellite bankruptcy.  The Debtor transferred

this creditor's collateral, a 95N Case IH 11 Farmall tractor, to Kubota Credit Corp. pre-

petition.  The Debtor no longer has the collateral, and therefore, the creditor is unsecured

and will be treated as an unsecured creditor.  This creditor will not be paid as a secured

creditor.

### vii.    Kubota Credit Corp.

Kubota Credit Corp. filed secured claim number 15 in the Anthony M. Mortellite,

Jr. and Colleen T. Mortellite bankruptcy pursuant to a lien on a Kubota M8540.  The debtor

will surrender the equipment, and this will satisfy the secured claim.  If there is any

deficiency, the balance due will be treated as an unsecured debt.  This creditor will not be

paid as a secured creditor.

### viii.    Farm Credit East, ACA

Farm Credit East, ACA has filed a Proof of Claim as a secured Proof of Claim in

the Anthony M. Mortellite, Jr. and Colleen T. Mortellite bankruptcy case (claim number

7) in the amount of $1,663,352.46, claiming a security interest by virtue of a mortgage on

the farm, lien on crops, a lien on accounts receivable, and a second lien on machinery and

equipment.  Farm Credit East, ACA has filed a secured claim in the Blues Brothers, LLC

bankruptcy (claim number 3) in the amount of $1,663,352.46, claiming a lien on crops,

accounts receivable and inventory.  Farm Credit East, ACA has recognized that United

12

States of America acting through USDA-Farm Service Agency has a first security interest on machinery and equipment, with the Farm Credit East, ACA lien on machinery and equipment in second position. The Chapter 12 Plan requires the fixing of the allowed secured claim of Farm Credit East, ACA against the Debtors, Anthony M. Mortellite, Jr. and Colleen T. Mortellite and against the Debtor, Blues Brothers, LLC. Anthony M. Mortellite, Jr. and Colleen T. Mortellite and Blues Brothers, LLC are jointly and severally responsible for the debt owed to Farm Credit East, which they have claimed in the amount of $1,663,352.46 in each of the cases. The Debtors are asserting that the allowed secured claim will be substantially lower in amount than $1,663,352.46, and will ask the Court to fix the allowed amount of the claim. The Debtors have a real estate appraisal for the farm property valuing the farm property at $600,000.00. The Court will be asked to fix the value of the machinery and equipment after taking into account the value of machinery and equipment being turned over to the USDA, which has the first lien on said machinery and equipment. The Debtors have paid adequate protection payments to Farm Credit East, ACA of $130,000.00. Farm Credit East, ACA will retain its liens on the Debtors' real estate, equipment not turned over to USDA, accounts receivable and crops. The Court will fix the allowed amount of the secured claim of Farm Credit East, ACA, and that allowed amount of secured claim will be paid, plus accruing interest at 5% per annum, or such amount as is the contract rate of interest on the loans to the Debtors, in the amount of $100,000.00 per year, with the first payment of $100,000.00 to be paid on the anniversary date of the Order Confirming Plan and each anniversary date thereafter, until the entire amount of the allowed secured claim plus accruing interest is paid in full. Each $100,000.00 payment will be applied first toward accrued interest, and then to reduce the

13

principal.  After the entire amount of the secured claim is paid in full, Farm Credit East, ACA shall satisfy its liens on all of the Debtors' collateral.

### B.   Secured Claims Against Blues Brothers, LLC

#### i.   Kubota Credit Corp.

Kubota Credit Corp. filed secured claim number 7 in the Blues Brothers, LLC bankruptcy pursuant to a lien on a Kubota M8540.  The Debtor will surrender the equipment, and this will satisfy the secured claim.  If there is any deficiency, the balance due will be treated as an unsecured debt.  This creditor will not be paid as a secured creditor.

#### ii.   Farm Credit East, ACA

Farm Credit East, ACA has filed claim number 3 as a secured claim, claiming a lien on crops, accounts receivable and inventory in the same amount as the claim of Farm Credit East, ACA filed against Anthony M. Mortellite, Jr. and Colleen T. Mortellite.  The Debtors, Blues Brothers, LLC and Anthony M. Mortellite, Jr. and Colleen T. Mortellite, are co-obligors on the same debt due to Farm Credit East, ACA.  Farm Credit East, ACA will receive the same treatment as set forth for Farm Credit East, ACA with respect to its claim against Anthony M. Mortellite, Jr. and Colleen T. Mortellite.

#### iii.   Deere & Company

Deere & Company obtained an Order Granting Relief from Stay, and as a result thereof, repossessed equipment that was the subject of their lien.  When Deere & Company sells the repossessed equipment, Deere & Company will have only a unsecured claim against Blues Brothers, LLC and also against the individuals on account of their guarantee. They will not be paid as a secured creditor.

14

### C.   Priority Unsecured Claims as Defined in 11 U.S.C. § 507

### i.   The Chapter 12 Trustee's Fees and Expenses

The Chapter 12 Trustee in this case is a private case-by-case trustee that was appointed pursuant to 11 U.S.C. § 1202(a), and *not* a standing chapter 12 trustee appointed by the United States Trustee pursuant to 28 U.S.C. § 586(b).   As such, the Chapter 12 Trustee's compensation is governed by 11 U.S.C. § 326(b) which provides in relevant part:

> In a case under chapter 12… of this title, the court… may allow reasonable compensation under section 330 of this title of a trustee appointed under section 1202(a)… for the trustee's services, payable after the trustee renders such services, not to exceed five percent upon all payments under the plan.

11 U.S.C. § 326(b).   Once the Court has made an award of compensation to the Chapter 12 Trustee pursuant to 11 U.S.C. § 330, said award will be an administrative priority claim against the Debtors pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

Under this Plan, the Chapter 12 Trustee must file an application for allowance of final compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330 not later than ninety (90) days after the confirmation Order is entered.   The Chapter 12 Trustee has estimated that her fees and expenses are approximately $15,000.00.   Once the Court has made an award of compensation to the Chapter 12 Trustee pursuant to 11 U.S.C. § 330, the Debtors shall pay the Chapter 12 Trustee the full amount of her Section 507(a)(2) priority claim from its future income from on-going operations, and in accordance with the following payment schedule: in full within thirty days of the Court allowing the claim of the Chapter 12 Trustee.

15

### ii.    Kasen & Kasen's Fees and Expenses

Kasen & Kasen shall file a fee application within ninety days after the confirmation

Order is entered, and has agreed to defer any allowed compensation to be paid to October

of 2018, and if necessary, to October of 2019, if funds are not available.  Kasen & Kasen

reserves the right to make additional applications for services rendered after the date of the

filing of its initial fee application.

### iii.    Chris M. Williams, C.P.A. Fees and Expenses

Chris M. Williams, C.P.A. shall file a fee application for services rendered within

ninety days after the confirmation Order is entered.  Chris M. Williams, C.P.A. has agreed

to defer payment of allowed compensation to October of 2018, and if necessary, to October

of 2019.

### iv.    Priority Tax Claims

Priority tax claims were filed in the Anthony M. Mortellite, Jr. and Colleen T.

Mortellite case by both the Internal Revenue Service and the State of New Jersey, Division

of Taxation.  They have amended their Proofs of Claim, and now the Internal Revenue

Service has a priority tax claim with zero liability filed, and the State of New Jersey,

Division of Taxation has a priority tax claim with zero liability filed.

The State of New Jersey, Division of Taxation has a priority tax claim in the Blues

Brothers, LLC case in the amount of $1,371.75.  The Internal Revenue Service has a

priority tax claim in the Blues Brothers, LLC case in the amount of $5,971.93.

The Debtors will pay allowed priority tax claims in full on the effective date of the

plan.

16

### D.    General Unsecured Claims

To date, the following creditors are deemed to hold valid unsecured claims against the Debtors in the Anthony M. Mortellite, Jr. and Colleen T. Mortellite case:

| | | |
|---|---|---|
| Claim 1 | Americredit Financial Services, Inc. | $ 11,558.32 |
| Claim 8 | Capital One | $  8,909.13 |
| Claim 10 | Capital One | $  1,716.74 |
| Claim 12 | Kubota Credit Corp. | $ 28,910.05 |
| Claim 17 | Mid-Lantic Labeling & Packaging | $ 41,203.89 |
| Claim 18 | Wells Fargo Bank, N.A. | $   1,297.28 |
| Claim 20 | Portfolio Recovery Associates | $   5,592.54 |
| Claim 21 | Lance Henry | $292,357.12 |
| Claim 22 | Capital One Bank | $     965.58 |
| Claim 23 | Cavalry SPV I, LLC | $   1,793.20 |
| Claim 24 | Winfield Solutions, LLC | $  44,410.72 |
| Total | | $438,714.57 |

To the extent that the following creditors are allowed unsecured claims for deficiencies or are undersecured, they may add to the list of allowed unsecured claims above.  They are claim number 7, Farm Credit East, ACA; claim number 9, Wells Fargo Bank, N.A.; claim number 14, CNH Industrial Capital; and claim number 15, Kubota Credit Corp.

Under this Plan, the Debtors shall pay to allowed unsecured creditors of Anthony M. Mortellite, Jr. and Colleen T. Mortellite, on a pro-rata basis, $3,000.00 per year for three years, payable on the first, second and third year anniversaries of the Order

Confirming Plan.

As noted above, those creditors that fail to file proofs of claim by the deadlines provided for in Fed. R. Bankr. P. 3002 shall not be entitled to any distribution under the Plan, and upon the Debtors' discharge, said claims shall be deemed legally void.

To date, the following creditors are deemed to hold valid allowed unsecured claims against Blues Brothers, LLC:

| Claim 2 | Kubota Credit Corp. | $28,910.05 |
| Claim 4 | Lee Rain, Inc. | $ 2,385.57 |
| Claim 8 | Deere & Co. | $    *** |
| Claim 9 | East West Label Co., Inc. | $ 3,487.60 |
| Total | | $ 34,783.22 |

***Any deficiency allowed after sale of collateral.

To the extent that the following creditors are allowed unsecured claims for deficiencies or are undersecured, they may add to the list of allowed unsecured claims above.  They are claim number 3, Farm Credit East, ACA; and claim number 7, Kubota Credit Corp.

Under this plan, Debtors shall pay to unsecured creditors of Blues Brothers, LLC on a pro rata basis $3,000.00 per year for three years, payable on the first, second and third anniversaries of the Order Confirming Plan.

Since unsecured creditors are entitled to receive all of the Debtors' projected disposable income to be received in the three year period beginning on the date that the first payment is due under the plan, the Debtors, Blues Brothers, LLC and Anthony M. Mortellite, Jr. and Colleen T. Mortellite, will submit to the Chapter 12 Trustee on the first,

18

second and third anniversary of the effective date of the plan an accounting showing what the Debtors believe is their projected disposable income, and to the extent that such projected disposable income exceeds in each case $3,000.00 per year, then the Debtors will additionally pay such income over and above the payment of the aforesaid $3,000.00 per year within thirty days.  If there is a dispute over the actual disposable income received and the Debtors' accounting of disposable income, then the Chapter 12 Trustee or any creditor may bring the matter before the Court to determine what is the actual disposable income for each of the Debtors in the three years beginning on the date that the first payment was due under the plan.

### E.    Equity Security Holders and Partners

Anthony M. Mortellite, Jr. and Colleen T. Mortellite would be considered to be the equity security holders of Blues Brothers, LLC.  They will retain their ownership interest. They will receive no distribution from Blues Brothers, LLC.  Anthony M. Mortellite, Jr. and Colleen T. Mortellite, as Debtors, are considered to be the equity security holders in their individual Chapter 12 case.  They will retain their assets.  They will receive no distribution pursuant to the Plan.  The individual Debtors will take no more than $6,000.00 per month post-confirmation in order to pay their ordinary and necessary living expenses.

### IV.    PAYMENTS TO BE MADE PURSUANT TO THE PLAN

The Debtors have sufficient funds on hand to be able to pay the four required payments to be paid on or before the effective date of the Plan.  They are the payments to Winslow Township on account of real estate taxes, the State of New Jersey, Division of Taxation priority Proof of Claim in Blues Brothers, LLC, the Internal Revenue Service priority Proof of Claim in Blues Brothers, LLC and the estimated fees to Andrea Dobin,

19

Chapter 12 Trustee.  Those four payments total $27,105.60, and the Debtors have on hand $28,282.69 and are expecting an additional $44,000.00 from the Donio receivable. The two remaining obligations pursuant to the Plan are the payments to Farm Credit East, ACA at the rate of $100,000.00 per year until the allowed secured claim is paid in full, plus interest accruing on the allowed secured claim and the payments to the unsecured creditor bodies of Anthony M. Mortellite, Jr. and Colleen T. Mortellite and Blues Brothers, LLC, each in the amount of $3,000.00 per year, unless there is extra disposable income available, in which case the payments to the unsecured creditor bodies will increase based upon a calculation of actual disposable income.  Pursuant to the Bankruptcy Code, the unsecured creditor bodies are entitled to be paid pursuant to § 1225(b)(1)(B) all of the Debtors' projected disposable income to be received in the three year period beginning on the date that the first payment is due under the Plan.  Thus, if disposable income exceeds that which is specifically provided therein, the Debtors propose to pay any additional disposable income to the unsecured creditor class.  Also remaining is the allowed amount of the claims of Kasen & Kasen and Chris Williams, which they have agreed to defer until October, 2018, and if necessary, October, 2019.  The projections show the ability to make those payments. The Debtors will rely upon the projections of Chris M. Williams, C.P.A. attached hereto marked Exhibit A to show that there is a reasonable probability of success in satisfying the Plan payments as proposed.

## V.      PAYMENTS TO BE MADE OUTSIDE THE PLAN

The Debtors shall use their future income from on-going operations to meet all of their post-confirmation obligations not otherwise provided for herein.

VI.     **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

None.

VII.    **EFFECT OF CONFIRMATION OF PLAN**

§ 1227 of the Bankruptcy Code defines the effect of confirmation.

VIII.   **PRE-CONFIRMATION MODIFICATION OF PLAN**

Pursuant to § 1223 of the Bankruptcy Code, the Debtors may modify the Plan

before confirmation.

IX.     **POST-CONFIRMATION MODIFICATION OF PLAN**

In accordance with 11 U.S.C. § 1229, this Plan may be modified any time after

confirmation but before the Debtors complete all of their Plan payments provided for

herein.

X.      **DISCHARGE**

Pursuant to 11 U.S.C. § 1228(a), after the Debtors complete all of their Plan

payments provided for herein and provide a certification in support thereof, they shall

receive a discharge.  Upon receiving their discharge, unless otherwise provided herein, all

pre-petition claims against the Debtors shall be legally void.

*/s/ Anthony M. Mortellite, Jr.*
ANTHONY M. MORTELLITE, JR., Debtor

*/s/ Colleen T. Mortellite*
COLLEEN T. MORTELLITE, Debtor


BLUES BROTHERS, LLC

By: */s/ Anthony M. Mortellite, Jr.*
      ANTHONY M. MORTELLITE, JR.,
      Managing Member

Dated:  October 19, 2017

21

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                    Chapter 12
Colleen T Mortellite
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3          Date Rcvd: Oct 20, 2017
                             Form ID: pdf902       Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db/jdb      +Anthony M Mortellite, Jr,   Colleen T Mortellite,   564 11th St.,   Hammonton, NJ 08037-8468
aty         +Trenk DiPasquale Della Fera & Sodono, PC,   427 Riverview Plaza,   Trenton, NJ 08611-3420
cr          +Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
             Arlington, TX 76014-4101
cr          +Arvest Central Mortgage Company,   Stern & Eisenberg, PC,   1040 North Kings Highway, Suite 407,
             Cherry Hill, NJ 08034-1925
none        +Blues Brothers, LLC,   c/o Kasen & Kasen,   1874 E. Marlton Pike,   Suite 3,
             Cherry Hill, NJ 08003-2038
cr          +Deere & Company,   PO Box 6600,   Johnston, IA 50131-6600
app         +Edwin Kay,   Kay & Associates, Inc.,   107 East Commerce St.,   Bridgeton, NJ 08302-2601
cr          +Farm Credit East, ACA,   c/o Stark & Stark, P.C.,   993 Lenox Drive,
             Lawrenceville, NJ 08648-2316
cr          +Lance Henry,   103 Waterford Rd,   Hammonton, NJ 08037-2330
cr          +Lee Rain, Inc.,   2079 Wheat Road,   Vineland, NJ 08361-2594
cr          +Township of Winslow,   c/o Platt & Riso, P.C.,   40 Berlin Road,   Stratford, NJ 08084-1404
cr          +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   1451 Thomas Langston Rd.,
             Winterville, NC 28590-8872
516896153   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,   dba GM Financial,
             4000 Embarcadero Dr.,   Arlington, Texas 76014)
516896154   +AmeriCredit Financial Services, Inc.,   dba GM Financial,   Morton & Craig, LLC,
             110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3125
516916579   +AmeriCredit Financial Services, Inc., dba GM Finan,   P O Box 183853,
             Arlington, TX 76096-3853
516892939    Americredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
516873079   +Arvest Central Mortgage Company,   801 John Barrow Rd., Suite 1,   Little Rock, AR 72205-6511
516873080   +Blues Brothers, LLC,   564 11th St.,   Hammonton, NJ 08037-8468
516873083   +CAS Pack Corporation,   1750 Woodhaven Drive,   Bensalem, PA 19020-7108
517000969   +CNH Industrial Capital America LLC,   PO Box 3600,   Lancaster, PA 17604-3600
516873081   +Capital One Bank,   Bankruptcy Department,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516873082    Capital One Bank USA, NA,   PO Box 71083,   Charlotte, NC 28272-1083
517098872    Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517111706   +Cavalry SPV I, LLC,   Bass & Associates, P.C.,   3936 E Ft. Lowell Road Suite #200,
             Tucson, AZ 85712-1083
516924105   +Deere & Company,   Joseph A. McCormick, Jr., P.A.,   76 Euclid Ave,
             Haddonfield, NJ 08033-2330
517089401   +Deere & Company,   d/b/a Deere Financial,   PO Box 6600,   Johnston, IA 50131-6600
516873085   +DiMeo, Frank,   561 Middle Rd.,   Hammonton, NJ 08037-8991
516873086   +DiMeo, William and Frank,   600 Middle Rd.,   Hammonton, NJ 08037-8912
516873087   +Ernest R. Miles Construction Co.,   P.O. Box 39,   Newfield, NJ 08344-0039
516873088   +Farm Credit East,   29 Landis Ave.,   Bridgeton, NJ 08302-4396
516944595   +Farm Credit East, ACA,   c/o Stark & Stark, P.C.,   PO Box 5315,   Princeton, NJ 08543-5315
516873089   +Farm Credit East, ACA fka First Pioneer,   c/o Hulse & Wynter, LLC,
             1624 Jacksonville Rd., Suite 1,   Burlington, NJ 08016-9784
516873090   +Farm-Rite, Inc.,   P.O. Box 29,   Shiloh, NJ 08353-0029
516873091   +First National Credit Card,   P.O. Box 5097,   Sioux Falls, SD 57117-5097
516873092   +Fruitwood Apiaries, Inc.,   419 Elk Rd.,   Monroeville, NJ 08343-2706
516873094   +GM Financial,   P.O. Box 78143,   Phoenix, AZ 85062-8143
516873093   +Gemmel Todd & Merenich, P.A.,   767 Shore Rd.,   P.O. Box 296,   Linwood, NJ 08221-0296
516873095    Henry, Lance,   103 Waterford Blue Anchor Rd.,   Hammonton, NJ 08037
516873096   +Jay B. Feldman, Esquire,   Hulse & Wynter, LLC,   1624 Jacksonville Rd., Suite 1,
             Burlington, NJ 08016-9784
517071676    Kubota Credit Corporation,   KML Law Group PC,   Sentry Office Plaza,
             216 Haddon Avenue, Suite 206,   Westmont, NJ 08108
516974633   +Kubota Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516873099   +Kubota Credit Corporation (DF),   c/o Alternative Collections, LLC,   1140 Wehrle Drive,
             Williamsville, NY 14221-7748
516873100   +Kubota Credit Corporation, USA,   Servicing Center,   4400 Amon Carter Blvd., Suite 100,
             Fort Worth, TX 76155-2695
516901566    Lance Henry,   Corbett Law Firm LLC,   303 Walnut Avenue,   Evesham, NJ 08053-7016
516873101   +Lee Rain, Inc.,   2079 E. Wheat Rd.,   Vineland, NJ 08361-2594
516983745    Lee Rain, Inc.,   Gruccio Pepper,   817 Landis Avenue,   PO Box 1501,   Vineland, NJ 08362-1501
516873103   +Luxury Card,   Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
517070334   +Mid-lantic Labeling and Packaging, LLC,   PO Box 1222,   Hammonton, NJ 08037-5222
516873104   +Plant Food Co., Inc.,   38 Hightstown-Cranbury Station Rd.,   Cranbury, NJ 08512-5099
517006799   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
             Trenton, NJ 08695-0245)
516873105   +South Jersey Sanitation,   P.O. Box 1224,   Hammonton, NJ 08037-5224
516873106   +Target Card Services,   P.O. Box 660170,   Dallas, TX 75266-0170
```

District/off: 0312-1        User: admin              Page 2 of 3              Date Rcvd: Oct 20, 2017
                           Form ID: pdf902           Total Noticed: 75

516922201      +Township of Winslow,   c/o Platt & Riso, P.C.,    40 Berlin Avenue,
                Stratford, New Jersey 08084-1404
516873108      +U.S. Department of Agriculture,   Farm Service Agency,   1971 Jacksonville-Jobstown Rd.,
                Columbus, NJ 08022-1412
516983749      +United States of America, acting through,   USDA-Farm Service Agency,   US Attorney's Office,
                970 Broad Street, Suite 700,   Newark, NJ 07102-2534
516873109      +Wells Fargo Bank N.A.,   John G. Stumpf, Chairman, Pres. & CEO,   420 Montgomery Street,
                San Francisco, CA 94104-1298
516969080       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,   PO Box 19657,   Irvine, CA 92623-9657
517076330       Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA   50306-0438
516960772      +Wells Fargo Bank, N.A.,   d/b/a/ Wells Fargo Dealer Services,   John R. Morton, Jr., Esquire,
                110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3124
516960773      +Wells Fargo Bank, N.A.,,   d/b/a/ Wells Fargo Dealer Services,   1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
516873110      +Wells Fargo Dealer Services,   P.O. Box 17900,   Denver, CO 80217-0900
516873111      +Wells Fargo Financial National Bank,   P.O. Box 10347,   Des Moines, IA 50306-0347
516873112      +Winfield Solutions, LLC,   c/o Steven J. Daroci, Esquire,   Fox Rothschild,   P.O. Box 5231,
                Princeton, NJ 08543-5231
517120975      +Winfield Solutions, LLC c/o Fox Rothschild LLP,   997 Lenox Dr., Bldg 3,
                Lawrenceville NJ 08648-2317
516873113      +Winslow Township Tax Collector,   125 S. Route 73,   Braddock, NJ 08037-9423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:05    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516921397      +E-mail/Text: cio.bncmail@irs.gov Oct 20 2017 23:04:31    Department of Treasury,
                Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
516873084      +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:00:48    Dick's/Synchrony Bank/ROS,
                Attn: Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
516873097      +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:16    JC Penney/Synchrony Bank,
                Attn: Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
516873098      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 20 2017 23:04:25    Kohl's,   P.O. Box 2983,
                Milwaukee, WI 53201-2983
516873102      +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:00:48    Lowe's Business Acct/Syncs,
                Attn: Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
517084554       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2017 23:07:22
                Portfolio Recovery Associates, LLC,   c/o Mastercard Black,   POB 41067,   Norfolk VA 23541
516875431      +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:01    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516873107      +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:01    TJX/Synchrony Bank,
                Attn: Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                            TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc             C.M.Williams & Associates, Inc.   219 State Street, Elmer
517129891*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court: AmeriCredit Financial Services, Inc.,   dba GM Financial,
                P O Box 183853,   Arlington, TX 76096)
517006552*     +Kubota Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516922651*     +Winslow Township Tax Collector,   125 S. Route 73,   Braddock, NJ 08037-9423
                                                                                  TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                          Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Oct 20, 2017
                             Form ID: pdf902          Total Noticed: 75

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
    Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
    Andrea  Dobin    ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
    CherylLynn  Walters   on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
    David A. Kasen   on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
    David A. Kasen   on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
    David A. Kasen   on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
    David A. Kasen   on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
    Denise E. Carlon   on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Eamonn  O'Hagan   on behalf of Creditor   United States Department of Agriculture - Farm Serivce
     Agency eamonn.ohagan@usdoj.gov
    Erin  Darden   on behalf of Creditor   United States of America erin.darden@usdoj.gov
    Heather Lynn  Anderson   on behalf of Creditor   State Of New Jersey Division Of Taxation
     heather.anderson@law.dol.lps.state.nj.us
    Jenny R. Kasen   on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com,
     dkasen@kasenlaw.com
    Jenny R. Kasen   on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
     dkasen@kasenlaw.com
    Jenny R. Kasen   on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
     dkasen@kasenlaw.com
    John E. Corbett   on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
    John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
     Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
    John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
     Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
    Joseph A McCormick, Jr.   on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com,
     karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
     jlaw.com
    Marshall T. Kizner   on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
    Ross J. Switkes   on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
    Steven P. Kelly   on behalf of Creditor   Arvest Central Mortgage Company
     skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
    Timothy P. Duggan   on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    Walter F. Gavigan, Jr.   on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com,
     jlynch@grucciopepper.com;r53898@notify.bestcase.com
    William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
     Services mortoncraigecf@gmail.com,  mortoncraigecf@gmail.com
                                                    TOTAL: 25