UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Anthony M. Mortellite, Jr. and<br>Colleen Mortellite,<br>    Debtors | Case No.:  17-21818-ABA<br><br>Chapter:  12<br><br>Jointly Administered |
| Blues Brothers, LLC,<br>    Debtor | Case No.:  16-1202-ABA<br><br>Judge:  Andrew B. Altenburg, Jr. |

**ORDER SCHEDULING HEARING ON CONFIRMATION OF MODIFIED PLAN
AND/OR FOR DISMISSAL OF CASES**

The relief set forth on the following pages, numbered two is hereby **ORDERED**.

**DATED: October 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Anthony M. Mortellite, Jr. and Colleen Mortellite*
*Case No.: 17-21818-ABA*
*Blues Brothers, LLC*
*Adv. No.: 17-21820-ABA*
*Order Scheduling Hearing On Confirmation Of Modified Plan And/Or For Dismissal Of Cases*
Page | 2

___

The jointly-administered debtors having filed a Second Modified Chapter 12 Plan on October 19, 2017, Doc. No. 130, and for good cause shown; it is hereby

**ORDERED** that a hearing on confirmation of the jointly-administered debtors' modified plan and/or dismissal of this case shall take place on November 17, 2017 at 11:000 a.m.

The court reserves the right to revise its findings of fact and conclusions of law.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                                            Chapter 12
Colleen T Mortellite
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                  Page 1 of 1              Date Rcvd: Oct 20, 2017
                                Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
db/jdb        +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
              Andrea   Dobin     on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              CherylLynn  Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
              David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
              David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
              David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
              David A. Kasen    on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States Department of Agriculture - Farm Serivce
               Agency eamonn.ohagan@usdoj.gov
              Erin  Darden    on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph A McCormick, Jr.    on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner    on behalf of Creditor    Farm Credit East, ACA mkizner@stark-stark.com
              Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@trenklawfirm.com
              Steven P. Kelly    on behalf of Creditor    Arvest Central Mortgage Company
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Timothy P. Duggan    on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.    on behalf of Creditor    Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                              TOTAL: 25