UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STARK & STARK**
A Professional Corporation
Timothy P. Duggan, Esq (TD-7344)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
Attorneys for Farm Credit East, ACA

**Order Filed on October 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE,

                    Debtors.

_____

In the Matter of:

BLUES BROTHERS, LLC,

                    Debtor.

CASE NO. 17-21818 (ABA)

CASE NO. 17-21820 (ABA)

Judge: Andrew B. Altenburg

Chapter: 12

**ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING CONFIRMATION HEARING; AND (4) GRANTING OTHER RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: October 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:    In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH
COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING
CONFIRMATION HEARING;  AND (4) GRANTING OTHER RELIEF

---

This matter is before the Court on the motion (the "Motion") of Anthony M. Mortellite,

Jr. and Colleen Mortellite, debtors in case no. 17-21818 and Blues Brothers, LLC, debtor in case

no. 17-21820, seeking an Order Authorizing The Continued Use of Cash Collateral and Vacating

Order Vacating Automatic Stay (DOC # 120); and

**IT APPEARING** that after the Motion was filed, Anthony M. Mortellite, Jr. and Colleen

Mortellite, debtors in case no. 17-21818, and Blues Brothers, LLC, debtor in case no. 17-2182,

filed a Second Amended Chapter 12 Plan in case no. 17-21818 (DOC # 130) (the "Mortellite and

Blues Brothers Second Amended Plan"); and

**IT FURTHER APPEARING** that on October 20, 2017, the Court heard oral argument

on the Motion; and for good cause shown:

**IT IS ORDERED** as follows:

1.  Cash Collateral Motion. The debtors, Anthony M. Mortellite, Jr., Colleen Mortellite and

    Blues Brothers, LLC, **WITHDRAW** their motion to continue to use cash collateral.

    Anthony M. Mortellite, Jr., Colleen Mortellite and Blues Brothers, LLC, shall not use any

    cash collateral for any reason without the prior written consent of Farm Credit or an

    Order from this Court.

2.  Re-imposition of Automatic Stay. The Court **DENIES** the debtors' motion to vacate the

    order vacating the automatic stay entered on October 6, 2017 in case no. 17-21818 (DOC

    # 116) ("Stay Relief Order"). However, the Court conditions the Stay Relief Order, as

    follows:

Page: 3

Debtor:    In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH
COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING
CONFIRMATION HEARING;  AND (4) GRANTING OTHER RELIEF

---

a.  Real Property - Farm Credit shall be entitled to proceed with its pending

foreclosure litigation against the real property described in the Stay Relief Order

(the "Farm"), including but not limited to seeking final judgment.  Farm Credit

shall not schedule or advertise a sale of the Farm until after November 17, 2017.

b.  Personal Property – As a judgment creditor with stay relief, Farm Credit shall be

entitled to execute against all personal property owned by Anthony M. Mortellite,

Jr., Colleen Mortellite and Blues Brothers, LLC (the "Personal Property"), *except*

*for the personal bank accounts (the "Personal Bank Accounts")* of Anthony M.

Mortellite, Jr., Colleen Mortellite which the debtors represent has a balance of

less than $1,000.  The Sheriff of Camden County or any other County shall be

entitled to execute on the Personal Property (excluding the Personal Bank

Accounts) by performing a constructive levy with all Personal Property to remain

in possession of the Debtors.  Farm Credit shall also be entitled to levy on all

bank accounts in which the Debtors have an interest, but not seek turnover of any

funds, except for the Personal Bank Accounts.  At the confirmation hearing

scheduled below, the Court can make a further determination as to whether any

levy should be released (if the Plan is confirmed) or whether Farm Credit is

entitled to proceed to take possession and sell the Personal Property (if the Plan

gets denied).

4824-2454-2546, v. 8

Page: 4

Debtor:    In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH
COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING
CONFIRMATION HEARING;  AND (4) GRANTING OTHER RELIEF

---

  c. Farm Credit shall not seek turnover or possession of any Personal Property or

schedule a sheriff sale of any Personal Property until after November 17, 2017.

3. <u>Plan and Confirmation Hearing Schedule</u>

  a. The Court shall conduct confirmation hearings (the "Confirmation Hearings")

on the Mortellite Blues Brothers Second Amended Plan on <u>November 17,</u>

<u>2017</u>, commencing at 11:00 a.m.

  b. The Confirmation Hearings shall be held before the Honorable Andrew

Altenburg, in Courtroom No. 4B, United States Bankruptcy Court, 400

Cooper Street, Fourth Floor, Camden New Jersey.

  c. On or before <u>November 3, 2017</u>, the Debtors shall serve on counsel for Farm

Credit and the Chapter 12 Trustee all documents the Debtors intend to refer to

or introduce into evidence at the Confirmation Hearings, including any expert

reports that were not previously produced (ie. Debtors' accountant).

  d. On or before <u>November 10, 2017</u>, Farm Credit shall serve any additional

expert reports for any expert that may testify at the Confirmation Hearings.

Any reports produced in accordance with the prior scheduling Order shall be

deemed served in accordance with this Order.

  e. Any objections to the Mortellite Blues Brothers Second Amended Plan shall

be filed by <u>November 13, 2017</u>.

4824-2454-2546, v. 8

Debtor:    In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH
COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING
CONFIRMATION HEARING;  AND (4) GRANTING OTHER RELIEF

---

f.  Nothing in this Order shall be deemed a finding or ruling that the bankruptcy

estates of Anthony M. Mortellite, Jr., Colleen Mortellite and Blues Brothers,

LLC, are substantively consolidated.

### NOTICE OF ORDER

The Debtors shall serve a copy of this Order and Notice by electronic mail only within

two (2) business day from the date hereof, on (i) counsel for Farm Credit, and (ii) counsel for

Chapter 12 Trustee.  The Debtors shall immediately file with the Clerk a Certificate of Service of

said mailing.

4824-2454-2546, v. 8