UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STARK & STARK
A Professional Corporation
Timothy P. Duggan, Esq (TD-3231)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
Attorneys for Farm Credit East, ACA

Order Filed on October 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY M. MORTELLITE, JR., and
COLLEEN MORTELLITE,

Debtors.

Case No.: 17-21818/ 17-21820

Chapter: 12

Judge: Hon. A. Altenburg

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____Farm Credit East, ACA_____ for the reduction of time for a hearing on  Motion or Allowance of Administrative Priority Claim _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____11/17/2017_____ at _11 am_ in the United States Bankruptcy Court, _____400 Cooper Street, Fourth Floor, Camden New Jersey_____, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _all parties on certificate of service_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    __4__ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.     ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*