|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **STARK & STARK**<br>A Professional Corporation<br>Timothy P. Duggan, Esq (TD-7344)<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648-2389<br>(609) 896-9060<br>Attorneys for Farm Credit East, ACA |

**Order Filed on October 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

ANTHONY M. MORTELLITE, JR., and COLLEEN MORTELLITE,

        Debtors.

_____

In the Matter of:

BLUES BROTHERS, LLC,

        Debtor.

CASE NO. 17-21818 (ABA)

CASE NO. 17-21820 (ABA)

Judge: Andrew B. Altenburg

Chapter: 12

### ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING CONFIRMATION HEARING; AND (4) GRANTING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: October 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page: 2

Debtor:   In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:  17-21818 & 17-21820
Caption:  ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING CONFIRMATION HEARING;  AND (4) GRANTING OTHER RELIEF

---

This matter is before the Court on the motion (the "Motion") of Anthony M. Mortellite, Jr. and Colleen Mortellite, debtors in case no. 17-21818 and Blues Brothers, LLC, debtor in case no. 17-21820, seeking an Order Authorizing The Continued Use of Cash Collateral and Vacating Order Vacating Automatic Stay (DOC # 120); and

**IT APPEARING** that after the Motion was filed, Anthony M. Mortellite, Jr. and Colleen Mortellite, debtors in case no. 17-21818, and Blues Brothers, LLC, debtor in case no. 17-2182, filed a Second Amended Chapter 12 Plan in case no. 17-21818 (DOC # 130) (the "Mortellite and Blues Brothers Second Amended Plan"); and

**IT FURTHER APPEARING** that on October 20, 2017, the Court heard oral argument on the Motion; and for good cause shown:

**IT IS ORDERED** as follows:

1. <u>Cash Collateral Motion.</u> The debtors, Anthony M. Mortellite, Jr., Colleen Mortellite and Blues Brothers, LLC, **WITHDRAW** their motion to continue to use cash collateral. Anthony M. Mortellite, Jr., Colleen Mortellite and Blues Brothers, LLC, shall not use any cash collateral for any reason without the prior written consent of Farm Credit or an Order from this Court.

2. <u>Re-imposition of Automatic Stay.</u> The Court **DENIES** the debtors' motion to vacate the order vacating the automatic stay entered on October 6, 2017 in case no. 17-21818 (DOC # 116) ("Stay Relief Order"). However, the Court conditions the Stay Relief Order, as follows:

-2-

4824-2454-2546, v. 8

Page: 3

Debtor:   In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING CONFIRMATION HEARING; AND (4) GRANTING OTHER RELIEF

---

a. <u>Real Property</u> - Farm Credit shall be entitled to proceed with its pending foreclosure litigation against the real property described in the Stay Relief Order (the "Farm"), including but not limited to seeking final judgment. Farm Credit shall not schedule or advertise a sale of the Farm until after November 17, 2017.

b. <u>Personal Property</u> – As a judgment creditor with stay relief, Farm Credit shall be entitled to execute against all personal property owned by Anthony M. Mortellite, Jr., Colleen Mortellite and Blues Brothers, LLC (the "Personal Property"), ***except for the personal bank accounts (the "Personal Bank Accounts")*** of Anthony M. Mortellite, Jr., Colleen Mortellite which the debtors represent has a balance of less than $1,000. The Sheriff of Camden County or any other County shall be entitled to execute on the Personal Property (excluding the Personal Bank Accounts) by performing a constructive levy with all Personal Property to remain in possession of the Debtors. Farm Credit shall also be entitled to levy on all bank accounts in which the Debtors have an interest, but not seek turnover of any funds, except for the Personal Bank Accounts. At the confirmation hearing scheduled below, the Court can make a further determination as to whether any levy should be released (if the Plan is confirmed) or whether Farm Credit is entitled to proceed to take possession and sell the Personal Property (if the Plan gets denied).

-3-

Case 17-21818-ABA    Doc 148    Filed 10/28/17    Entered 10/29/17 00:34:10    Desc
Imaged Certificate of Notice    Page 4 of 6

Page: 4

Debtor:   In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING CONFIRMATION HEARING;  AND (4) GRANTING OTHER RELIEF

    c. Farm Credit shall not seek turnover or possession of any Personal Property or schedule a sheriff sale of any Personal Property until after November 17, 2017.

3. Plan and Confirmation Hearing Schedule

    a. The Court shall conduct confirmation hearings (the "Confirmation Hearings") on the Mortellite Blues Brothers Second Amended Plan on November 17, 2017, commencing at 11:00 a.m.

    b. The Confirmation Hearings shall be held before the Honorable Andrew Altenburg, in Courtroom No. 4B, United States Bankruptcy Court, 400 Cooper Street, Fourth Floor, Camden New Jersey.

    c. On or before November 3, 2017, the Debtors shall serve on counsel for Farm Credit and the Chapter 12 Trustee all documents the Debtors intend to refer to or introduce into evidence at the Confirmation Hearings, including any expert reports that were not previously produced (ie. Debtors' accountant).

    d. On or before November 10, 2017, Farm Credit shall serve any additional expert reports for any expert that may testify at the Confirmation Hearings. Any reports produced in accordance with the prior scheduling Order shall be deemed served in accordance with this Order.

    e. Any objections to the Mortellite Blues Brothers Second Amended Plan shall be filed by November 13, 2017.

Page: 5

Debtor:   In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER (1) WITHDRAWING MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL; (2) DENYING VACATING ORDER VACATING AUTOMATIC STAY; (3) SCHEDULING CONFIRMATION HEARING;  AND (4) GRANTING OTHER RELIEF

---

    f.    Nothing in this Order shall be deemed a finding or ruling that the bankruptcy estates of Anthony M. Mortellite, Jr., Colleen Mortellite and Blues Brothers, LLC, are substantively consolidated.

### **NOTICE OF ORDER**

The Debtors shall serve a copy of this Order and Notice by electronic mail only within two (2) business day from the date hereof, on (i) counsel for Farm Credit, and (ii) counsel for Chapter 12 Trustee.  The Debtors shall immediately file with the Clerk a Certificate of Service of said mailing.

-5-

4824-2454-2546, v. 8

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                                      Chapter 12
Colleen T Mortellite
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 26, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
db/jdb         +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
              Andrea   Dobin     on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Andrea   Dobin    ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
              CherylLynn   Walters     on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
              David A.  Kasen     on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
              David A.  Kasen     on behalf of Unknown Role Type    Blues Brothers, LLC dkasen@kasenlaw.com
              David A.  Kasen     on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
              David A.  Kasen     on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan     on behalf of Creditor    United States Department of Agriculture - Farm Serivce
               Agency eamonn.ohagan@usdoj.gov
              Erin  Darden     on behalf of Creditor    United States of America erin.darden@usdoj.gov
              Heather Lynn  Anderson     on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen     on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen     on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen     on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John E. Corbett     on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joseph A McCormick, Jr.     on behalf of Creditor    Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner     on behalf of Creditor    Farm Credit East, ACA mkizner@stark-stark.com
              Ross J. Switkes     on behalf of Trustee Andrea   Dobin rswitkes@trenklawfirm.com
              Steven P. Kelly     on behalf of Creditor    Arvest Central Mortgage Company
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              Timothy P. Duggan     on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.     on behalf of Creditor    Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
              William E. Craig     on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortoncraigecf@gmail.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 25