UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STARK & STARK
A Professional Corporation
Timothy P. Duggan, Esq (TD-3231)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
Attorneys for Farm Credit East, ACA

Order Filed on October 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY M. MORTELLITE, JR., and
COLLEEN MORTELLITE,

Debtors.

Case No.: 17-21818/ 17-21820

Chapter: 12

Judge: Hon. A. Altenburg

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of ____Farm Credit East, ACA____ for the reduction of time for a hearing on __Motion or Allowance of Administrative Priority Claim__ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __11/17/2017__ at __11 am__ in the United States Bankruptcy Court, __400 Cooper Street, Fourth Floor, Camden New Jersey__, Courtroom No. __4B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __all parties on certificate of service__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    __4__ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                              Chapter 12
Colleen T Mortellite
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Oct 27, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb        +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              CherylLynn  Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
              David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
              David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
              David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
              David A. Kasen    on behalf of Debtor    Blues Brothers, LLC dkasen@kasenlaw.com
              Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor   United States Department of Agriculture - Farm Serivce
               Agency eamonn.ohagan@usdoj.gov
              Erin  Darden    on behalf of Creditor   United States of America erin.darden@usdoj.gov
              Heather Lynn  Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              Jenny R. Kasen    on behalf of Debtor    Blues Brothers, LLC jkasen@kasenlaw.com,
               dkasen@kasenlaw.com
              John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
              John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph A McCormick, Jr.    on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Marshall T. Kizner    on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
              Ross J. Switkes    on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
              Steven P. Kelly    on behalf of Creditor   Arvest Central Mortgage Company
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Timothy P. Duggan    on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter F. Gavigan, Jr.    on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com,
               jlynch@grucciopepper.com;r53898@notify.bestcase.com
              William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                              TOTAL: 25