ERIN F. DARDEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6501 (v)
202-514-6866 (f)
Erin.Darden@usdoj.gov

*Counsel for United States*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Case No. 17-21818-ABA |
| | ) | Chapter 12 |
| ANTHONY M. MORTELLITE, JR. and | ) | |
| COLLEEN T. MORETLLITE, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 17-21820-ABA |
| | ) | Chapter 12 |
| BLUES BROTHERS LLC., | ) | Judge Andrew B. Altenburg, Jr. |
| | ) | |
| Debtor. | ) | Jointly Administered |
| _____ | ) | |

**UNITED STATES' OBJECTION TO CONFIRMATION OF CHAPTER 12 PLAN**

The United States objects to confirmation of the debtors' chapter 12 plan, pursuant to 11 U.S.C. § 1224(a), because the debtors' plan fails to provide for the United States' general unsecured claim. It is therefore ineligible for confirmation under 11 U.S.C. § 1225(a)(4). It support of this objection the United States avers as follows:

1. The Internal Revenue Service filed a proof of claim on behalf of the United States in the bankruptcy case of debtor Blues Brothers, LLC. which consisted of a priority and general unsecured claim. Claim 1-7.

2. The debtors filed a Second Modified Chapter 12 Plan on October 19, 2017. (Dkt. No. 130). The plan acknowledges that the United States has a priority and general unsecured claim, but the plan fails to provide for the United States' general unsecured claim. (Dkt. No. 130, pgs. 8, 18).

3. The Court shall confirm a plan only if the plan provides for each allowed unsecured claim in the amount it would receive if the estate were liquidated under chapter 7. 11 U.S.C. § 1225(a)(4).

4. The plan does not provide for the United States' as required under 11 U.S.C § 1225(a)(4), therefore it cannot be confirmed.

WHEREFORE, the United States requests that the Court deny confirmation of the debtors' chapter 12 plan.

Date: November 13, 2017                    DAVID A. HUBBERT
                                            Acting Assistant Attorney General


                                            */s/ Erin F. Darden*
                                            ERIN F. DARDEN
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227
                                            Washington, D.C. 20044
                                            202-307-6501 (v)
                                            202-514-6866 (f)
                                            Erin.Darden@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David A. Kasen
Kasen & Kasen
1874 East Route 70, Suite 3
Cherry Hill, NJ 08003
(856) 424-4144
Email: dkasen@kasenlaw.com

Jenny R. Kasen
Kasen & Kasen
1874 E. Marlton Pike
Suite 3
Cherry Hill, NJ 08003
(856) 424-4144
Email: jkasen@kasenlaw.com

Andrea Dobin
Trenk DiPasquale, et al.
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Email: adobin@trenklawfirm.com

Ross J. Switkes
Trenk DiPasquale et al
427 Riverview Plaza
Trenton, NJ 08611
609 695-6070
Email: rswitkes@trenklawfirm.com

Trenk DiPasquale Della Fera & Sodono, PC
427 Riverview Plaza
Trenton, NJ 08611

/s/ Erin F. Darden
ERIN F. DARDEN
Trial Attorney
United States Department of Justice, Tax Division