UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (15962003)
Deputy Attorney General
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625

**Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 17-21818 (ABA) |
|---|---|
| ANTHONY and COLLEEN MORTELLITE, Debtors. | |
| In Re: | Case No.: 17-21820 (ABA) |
| BLUES BROTHERS, LLC, Debtor. | |
| | Judge: Altenburg, U.S.B.J. |

ORDER VACATING PRIOR ORDERS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: November 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Blues Brothers
Case No.: 17-21820
Caption of Order: CONSENT ORDER

---

This matter having been presented to the Court by debtors Anthony and Colleen Mortellite and Blues Brothers, LLC ("debtors"), by and through its attorney, David Kasen, Esq., in agreement with the State of New Jersey, Division of Taxation ("N.J. Division"), by and through its attorney, Christopher S. Porrino, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED THAT the Order entered by this court on October 17, 2017, docketed as Document 49 in Case Number 17-21820, Expunging Claim Number 6 of the N.J. Division is hereby VACATED; and

IT IS FURTHER ORDERED THAT the Order entered by this court on October 17, 2017, docketed as Document 128 in Case Number 17-21818, Expunging Claim Number 16 of the N.J. Division is hereby VACATED; and

IT IS FURTHER ORDERED THAT the Consent Order entered by the parties and approved by this court on October 3, 2017 remains in full force and effect.

CONSENTED AS TO FORM AND ENTRY:

KASEN & KASEN, P.C.                    CHRISTOPHER S. PORRINO
Attorneys for Debtors                  Attorney General of New Jersey

_/s/ David A. Kasen_____               _/s/ Heather Lynn Anderson_____
David A. Kasen, Esq.                   Heather Lynn Anderson
                                       Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:
Anthony M Mortellite, Jr
Colleen T Mortellite
    Debtors

Case No. 17-21818-ABA
Chapter 12

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin     Page 1 of 1     Date Rcvd: Nov 17, 2017
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
db/jdb   +Anthony M Mortellite, Jr,   Colleen T Mortellite,   564 11th St.,   Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:
       Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
       Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
       CherylLynn   Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
       David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
       David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
       David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
       David A. Kasen    on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
       Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Eamonn   O'Hagan    on behalf of Creditor    United States Department of Agriculture - Farm Serivce Agency eamonn.ohagan@usdoj.gov
       Erin   Darden    on behalf of Creditor   United States of America erin.darden@usdoj.gov
       Heather Lynn   Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
       Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com, dkasen@kasenlaw.com
       Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com, dkasen@kasenlaw.com
       Jenny R. Kasen    on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com, dkasen@kasenlaw.com
       John E. Corbett    on behalf of Creditor Lance   Henry jecorbett@corbettlaw.net
       John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
       John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
       Joseph A McCormick, Jr.    on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com
       Marshall T. Kizner    on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
       Rebecca Ann Solarz    on behalf of Creditor   Kubota Credit Corporation rsolarz@kmllawgroup.com
       Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@trenklawfirm.com
       Steven P. Kelly    on behalf of Creditor   Arvest Central Mortgage Company skelly@sterneisenberg.com, bkecf@sterneisenberg.com
       Timothy P. Duggan    on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       Walter F. Gavigan, Jr.    on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com
       William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                             TOTAL: 26