UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STARK & STARK**
A Professional Corporation
Timothy P. Duggan, Esq (TD-7344)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
Attorneys for Farm Credit East, ACA

**Order Filed on December 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

ANTHONY M. MORTELLITE, JR., and COLLEEN
MORTELLITE,

                Debtors.

_____

In the Matter of:

BLUES BROTHERS, LLC,

            Debtor.

CASE NO. 17-21818 (ABA)

CASE NO. 17-21820 (ABA)

Judge: Andrew B. Altenburg

Chapter: 12


## ORDER GRANTING MOTION ALLOWING ADMINISTRATIVE PRIORITY CLAIM

      The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 8, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:    In re Mortellite, Anthony & Colleen; In re Blues Brothers, LLC
Cases No:   17-21818 & 17-21820
Caption:   ORDER GRANTING MOTION ALLOWING ADMINISTRATIVE PRIORITY CLAIM

---

This matter having been brought before the Court by way of motion (the "Motion") of Farm Credit East, A.C.A, ("Farm Credit") for the entry of an Order allowing Farm Credit an administrative priority claim; and the Court having considered the Motion and any opposition thereof, and for good cause shown:

IT IS ORDERED THAT:

1. Farm Credit's Motion is granted.

2. Farm Credit is hereby allowed an administrative expense in the sum of $158,262 in the bankruptcy case filed by Blues Brothers, LLC, case no. 17-21820.

3. The administrative expense claim is granted on a super priority basis, but subordinate to any allowed fees and commissions granted to the Chapter 12 Trustee and/or Debtors' counsel.

-2-

4836-9325-8072, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-21818-ABA
Anthony M Mortellite, Jr                                                  Chapter 12
Colleen T Mortellite
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1          Date Rcvd: Dec 08, 2017
                             Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db/jdb        +Anthony M Mortellite, Jr,   Colleen T Mortellite,   564 11th St.,   Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
        Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
        Andrea  Dobin    ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
        CherylLynn  Walters   on behalf of Creditor  Township of Winslow cwalters@prlawoffice.com
        David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
        David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
        David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
        David A. Kasen    on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
        Denise E. Carlon   on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Eamonn  O'Hagan   on behalf of Creditor   United States Department of Agriculture - Farm Serivce
         Agency eamonn.ohagan@usdoj.gov
        Erin  Darden   on behalf of Creditor   United States of America erin.darden@usdoj.gov
        Heather Lynn  Anderson   on behalf of Creditor   State Of New Jersey Division Of Taxation
         heather.anderson@law.dol.lps.state.nj.us
        Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com,
         dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com,
         dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com,
         dkasen@kasenlaw.com
        John E. Corbett   on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
        John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
         Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
         Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Joseph A McCormick, Jr.   on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com,
         karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
         jlaw.com
        Marshall T. Kizner   on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
        Rebecca Ann Solarz   on behalf of Creditor   Kubota Credit Corporation rsolarz@kmllawgroup.com
        Ross J. Switkes   on behalf of Trustee Andrea  Dobin rswitkes@trenklawfirm.com
        Steven P. Kelly   on behalf of Creditor   Arvest Central Mortgage Company
         skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
        Timothy P. Duggan   on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Walter F. Gavigan, Jr.   on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com,
         jlynch@grucciopepper.com;r53898@notify.bestcase.com
        William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
         Services mortoncraigecf@gmail.com,  mortoncraigecf@gmail.com
                                                                        TOTAL: 26