UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Anthony M. Mortellite, Jr. and<br>Colleen Mortellite,<br>　　　　Debtors | Case No.:　　17-21818-ABA<br><br>Chapter:　　12<br><br>Jointly Administered |
| Blues Brothers, LLC,<br>　　　　Debtor | Case No.:　　17-21820-ABA<br><br>Judge:　　Andrew B. Altenburg, Jr. |

**ORDER DENYING CONFIRMATION OF SECOND MODIFIED CHAPTE 12 PLAN AND DISMISSING CASES**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 11, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Anthony M. Mortellite, Jr. and Colleen Mortellite*
*Case No.: 17-21818-ABA*
*In re Blues Brothers, LLC*
*Case No.: 17-21820-ABA*
*Order Denying Confirmation of Second Modified Chapter 12 Plan and Dismissing Cases*
Page | 2

---

**THIS MATTER** having come before the court for confirmation of Debtors' Second Modified Chapter 12 Plan of Reorganization, filed October 19, 2017 (Doc. No. 130); and after a hearing held on November 17, 2017, and December 1, 2017; and the court finding that the Debtors have filed to meet their burden of proving that all the requirements for confirmation have been met; and for the reasons set forth on the record and in its Memorandum Decision filed simultaneously herewith, and for good cause shown; it is

**ORDERED** that confirmation of Debtor's Second Modified Chapter 12 Plan of Reorganization is DENIED.

**IT IS FURTHER ORDERED** that the cases shall be and hereby are DISMISSED.

The court reserves the right to revise its findings of fact and conclusions of law.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony M Mortellite, Jr  
Colleen T Mortellite  
    Debtors

Case No. 17-21818-ABA  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 11, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.
db/jdb         +Anthony M Mortellite, Jr,    Colleen T Mortellite,    564 11th St.,    Hammonton, NJ 08037-8468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:
        Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
        Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
        CherylLynn  Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
        David A. Kasen    on behalf of Joint Debtor Colleen T Mortellite dkasen@kasenlaw.com
        David A. Kasen    on behalf of Unknown Role Type   Blues Brothers, LLC dkasen@kasenlaw.com
        David A. Kasen    on behalf of Debtor Anthony M Mortellite, Jr dkasen@kasenlaw.com
        David A. Kasen    on behalf of Debtor   Blues Brothers, LLC dkasen@kasenlaw.com
        Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Eamonn  O'Hagan    on behalf of Creditor   United States Department of Agriculture - Farm Serivce Agency eamonn.ohagan@usdoj.gov
        Erin  Darden    on behalf of Creditor   United States of America erin.darden@usdoj.gov
        Heather Lynn  Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
        Jenny R. Kasen    on behalf of Debtor Anthony M Mortellite, Jr jkasen@kasenlaw.com, dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Joint Debtor Colleen T Mortellite jkasen@kasenlaw.com, dkasen@kasenlaw.com
        Jenny R. Kasen    on behalf of Debtor   Blues Brothers, LLC jkasen@kasenlaw.com, dkasen@kasenlaw.com
        John E. Corbett    on behalf of Creditor Lance  Henry jecorbett@corbettlaw.net
        John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Joseph A McCormick, Jr.    on behalf of Creditor   Deere & Company jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com
        Marshall T. Kizner    on behalf of Creditor   Farm Credit East, ACA mkizner@stark-stark.com
        Rebecca Ann Solarz    on behalf of Creditor   Kubota Credit Corporation rsolarz@kmllawgroup.com
        Ross J. Switkes    on behalf of Trustee Andrea   Dobin rswitkes@trenklawfirm.com
        Steven P. Kelly    on behalf of Creditor   Arvest Central Mortgage Company skelly@sterneisenberg.com, bkecf@sterneisenberg.com
        Timothy P. Duggan    on behalf of Creditor   Farm Credit East, ACA tduggan@stark-stark.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Walter F. Gavigan, Jr.    on behalf of Creditor   Lee Rain, Inc. wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com
        William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                        TOTAL: 26